In The United States District Court for the
Middle District of Alabama
at Montgomery

RECEIVED
2006 MAY -8 A 9: 32

DEBRA P. HAC[...]
U.S. DISTRICT C[...]
MIDDLE DIS[...]

2:06 CV 411-A

Anne Marie Hunter )
)
Plaintiff, )
)
vs. )
)
Dürr Systems, Inc. )
)
Defendant. )

### Motion by Thomas E. Hankins for Admission Pro Hac Vice

COMES NOW Thomas E. Hankins, pursuant to Local Rule 83.1(b), and for his Request for Admission Pro Hac Vice states:

1. He is an attorney licensed to practice before the Supreme Court and all lower courts of the State of Missouri.

2. He is also licensed to practice before the Supreme Court of the United States, U.S. District Court for the Western District of Missouri, and the U.S. District Court for the District of Kansas.

3. He resides in and regularly practices law in the U.S. District Court for the Western District of Missouri.

4. Attached hereto is a Certificate of Good Standing from the U.S. District Court for the Western District of Missouri.

5. He desires to file, contemporaneous with the filing of this Request, a Complaint in the case of Anne Marie Hunter, Plaintiff, v. Durr Systems, Inc., Defendant.

6. Accompanying this Application, is the undersigned's check in the sum of $20.00 made payable to: "U.S. District Court, Middle District of Alabama".

7. The undersigned further provides the following information:

| | |
|---|---|
| __Thomas E. Hankins__ <br> Full Name | __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__ <br> Social Security Number |
| __Hankins & Conklin, P.C.__ <br> Firm/Business Associated with, if any | 6812 N. Oak, Suite 5 <br> __Gladstone, MO 64118__ <br> Firm/ Business Address |
| __(816) 436-3100__ <br> Business Telephone Number | __(816) 436-8643__ <br> Business Fax Number |
| 1035 N. Woodland Drive <br> __Kansas City, Missouri 64118__ <br> Home Address | __(816) 452-7856__ <br> Home Telephone Number |
| __Not Applicable__ <br> Date admitted to Sup Ct of Ala. | U.S. Sup. Ct. <br> Mo. Sup. Ct, W.D. Mo., D. Kan. <br> Other courts admitted to practice |
| __05/02/2006__ <br> Date | _(signature)_ <br> Signature of Applicant |

WHEREFORE, Thomas E. Hankins respectfully prays the order the Court admitting him pro hac vice for the purpose of litigating the above-referenced case.

HANKINS & CONKLIN, P.C.

_(signature)_
Thomas E. Hankins - Mo. Bar #26005
6812 North Oak Trafficway, Suite 5
Gladstone, Missouri 64118-2587
Telephone: (816) 436-3100
Fax No.: (816) 436-8643
E-Mail: tomhankinslaw@cs.com

**Attorney for Plaintiff**

2

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** )
) SS.
**WESTERN DISTRICT OF MISSOURI** )

I, Patricia L. Brune, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Thomas E. Hankins was duly admitted to practice in said Court on September 10, 1977.

Thomas E. Hankins is currently in an active status and has not been disciplined by this Court.

Dated at Kansas City, Missouri
on May 1, 2006

Patricia L. Brune, Clerk

By
Joella Baldwin, Deputy Clerk

:goodst.att