IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANNE MARIE HUNTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv411-WHA |
| | ) |
| DURR SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Motion to Admit Pro Hac Vice (Doc. #2), filed on behalf of Thomas E. Hankins on May 8, 2006, and it appearing that Thomas E. Hankins is a member in good standing of the United States District Court for the Western District Missouri, it is ORDERED that the motion be and the same is hereby **GRANTED**.

DONE this 17th day of May, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE