**In the United States District Court for the
Middle District of Alabama
at Montgomery**

| | | | |
|---|---|---|---|
| Anne Marie Hunter | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | 2:06-CV-00411-WHA-SRW | |
| | ) | | |
| Dürr Systems, Inc. | ) | | |
| | ) | | |
| Defendant. | ) | | |

**Certificate of Service of Plaintiff's Initial Disclosures**

COMES NOW Plaintiff and certifies that a true and accurate copy of Plaintiff's Initial Disclosures, together with the documents described therein, were mailed by United States Mail, first class, postage prepaid, on the 21st day of July, 2006 to James B. Carlson, Sirote & Permutt, P.C. 2311 Highland Avenue South, Post Office Box 55727, Birmingham, Alabama 35255-5727, Attorneys for Defendant.

HANKINS & CONKLIN, P.C.

 /s/   Thomas E. Hankins
Thomas E. Hankins - MO #26005
6812 North Oak Trafficway, Suite 5
Gladstone, Missouri 64118-2587
Telephone: (816) 436-3100
Fax No. (816) 436-8643
E-Mail: tomhankinslaw@cs.com

**Attorney for Plaintiff**