**In the United States District Court for the
Middle District of Alabama
at Montgomery**

| | | |
|---|---|---|
| Anne Marie Hunter | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:06-CV-00411-WHA-SRW |
| | ) | |
| Dürr Systems, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

**Report of Parties' Planning Meeting**

**1.    Initial Meeting:** Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on **July 28, 2006**, and was attended by

>    Thomas E. Hankins
>    6812 North Oak Trafficway, Suite 5
>    Gladstone, Missouri 64118-2587
>    Telephone: (816) 436-3100
>    Fax No. (816) 436-8643
>    E-Mail: tomhankinslaw@cs.com
>    **Attorneys for Plaintiff**

>    James B. Carlson
>    Sirote & Permutt, P.C.
>    2311 Highland Avenue South
>    Post Office Box 55727
>    Birmingham, Alabama 35255-5727
>    **Attorneys for Defendant**

**2.    Pre-Discovery Disclosures:** The parties will exchange by **August 15, 2006** the information required by Fed. R. Civ. P. 26(a)(1).

**3.    Discovery Plan:** The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects: liability and damages.

All discovery shall be commenced or served in time to be completed by **February 15, 2007**.

Reports from retained experts under Rule 26(a)(2) due:

From Plaintiff by: **November 1, 2006**, and made available for deposition on or before **December 1, 2006**.

From Defendant by **January 15, 2007**, and made available for deposition on or before **February 15, 2007**.

Supplementation under Rule 26(e) due within 30 days of discovery.

4. **Other Items.**

The parties do not request a conference with the Court before entry of the Scheduling Order.

The parties should be allowed until **October 1, 2006** to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by **March 1, 2007**.

The parties cannot evaluate settlement prior to the completion of expert discovery.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be:

From Plaintiff by:        four (4) weeks before trial;

From Defendant by:        four (4) weeks before trial.

Parties should have seven (7) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial during the civil term commencing **July 9, 2007** and at this time is expected to take approximately five (5) days.

AGREED to this 28th day of July, 2006.

                                          HANKINS & CONKLIN, P.C.

                                        s/   Thomas E. Hankins
                                        Thomas E. Hankins (HANK4325)
                                        6812 North Oak Trafficway, Suite 5
                                        Gladstone, Missouri 64118-2587
                                        Telephone: (816) 436-3100
                                        Fax No. (816) 436-8643
                                        E-Mail: tomhankinslaw@cs.com
                                        **Attorneys for Plaintiff**

                                        s/ James B. Carlson
                                        James B. Carlson (CARL7129)
                                        Kimberly T. Thomason (THOM0054)
                                        Attorneys for Defendant,
                                        Durr Systems, Inc.

                                        **OF COUNSEL:**

                                        **SIROTE & PERMUTT, P.C.**
                                        2311 Highland Avenue South
                                        Post Office Box 55727
                                        Birmingham, AL   35255-5727
                                        Tel: (205) 930-5100
                                        Fax: (205) 930-0101
                                        **Attorneys for Defendant**