IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
AT MONTGOMERY

| | | |
|---|---|---|
| ANNE MARIE HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06CV411-SRW |
| | ) | |
| DURR SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

COMES NOW Christopher A. Bottcher of the law firm of Sirote & Permutt, P.C., and hereby enters an appearance as additional counsel on behalf of Defendant Durr Systems, Inc. in the above-styled case.

Done this 6th day of November, 2006.

                              /s/ **Christopher A. Bottcher**
                              James B. Carlson
                              Christopher A. Bottcher
                              Kimberly T. Thomason
                              Attorneys for Defendant,
                              Durr Systems, Inc.

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727

DOCSBHM\1445180\1\

Tel: (205) 930-5100
Fax: (205) 930-0101

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2006, I mailed via United States Mail and also electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas E. Hankins, Esq.
Hankins & Conklin, P.C.
Suite 5
6812 North Oak Trafficway
Gladstone, Missouri 64118-2587

/s/ Christopher A. Bottcher
Of Counsel