IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
AT MONTGOMERY

| | |
|---|---|
| ANNE MARIE HUNTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DURR SYSTEMS, INC., )<br>)<br>Defendant. ) | CASE NO. 2:06CV411-SRW |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 14th, 2006, the Defendant, Durr Systems, Inc. ("Durr"), served the following discovery document on all parties of record by United States Postal Service:

1. Defendant's Request for Production of Documents to Plaintiff

_____
James B. Carlson (CAR056)
Christopher A. Bottcher (BOT003)
Kimberly T. Thomason (THO186)
Attorneys for Defendant,
Durr Systems, Inc.

OF COUNSEL:
**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL  35255-5727
Tel:  (205) 930-5100
Fax:  (205) 930-0101

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed, on this the 14th day of November, 2006, as follows:

> Thomas E. Hankins, Esq.
> Hankins & Conklin, P.C.
> Suite 5
> 6812 North Oak Trafficway
> Gladstone, Missouri  64118-2587

_____
Of Counsel