# Exhibit "A"

In The United States District Court for the
Middle District of Alabama
at Montgomery

| | |
|---|---|
| Anne Marie Hunter | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 2:06-CV-00411-WHA-SRW |
| | ) |
| Dürr Systems, Inc. | ) |
| | ) |
| Defendant. | ) |

### Plaintiff's Disclosure of Those Persons Who May Be Used At Trial to Present Evidence under Rules 701, 702, 703, or 705 of the Federal Rules of Evidence

COMES NOW the Plaintiff and hereby makes the following disclosures of those persons who may be used at trial to present evidence under Rules 701, 702, 703, or 705 of the Federal Rules of Evidence.

**Health Care Professionals at**
**Baptist Medical Center South**
**2105 East South Boulevard**
**Montgomery, AL 36116**

Plaintiff was seen at the emergency room at Baptist Medical Center South and the health care professionals at that facility can testify as to the matters set forth in the medical records from that facility, said medical records having previously been provided to defense counsel and page numbered as pages 53-75. They can also testify as to the injuries suffered by Plaintiff, the fact that those injuries resulted from the accident which is the subject of this lawsuit, and as to the reasonableness of the bill Plaintiff received for their services and the services of other health care professionals and health care facilities and as to the fact that these bills were for treatment that was necessary to treat injuries that Plaintiff sustained in the accident that is the subject of this lawsuit.

**Health Care Professionals at**
**Montgomery Radiology Associates, PA**
**2055 Normandie Drive, Suite 108**
**Montgomery, Alabama 361112732**
**Patient Account No. 502610581**
**Date of Service: 1/26/2005**

Plaintiff received health care services from Montgomery Radiology and the health care professionals at Montgomery Radiology can testify as to the matters set forth in the medical records from that facility, said medical records having previously been provided to defense counsel and page numbered as pages 303-305. They can also testify as to the injuries suffered by Plaintiff, the fact that those injuries resulted from the accident which is the subject of this lawsuit, and as to the reasonableness of the bill Plaintiff received for their services and the services of other health care professionals and health care facilities and as to the fact that these bills were for treatment that was necessary to treat injuries that Plaintiff sustained in the accident that is the subject of this lawsuit.

**David Alexander, D.O. and other**
**Personnel Employed by**
**Alabama Emergency Room Admin. Services**
**Baptist South Emergency Room**
**P.O. Box 11047**
**Birmingham, Alabama 35202**
**Account 1147081**

Plaintiff was seen at the emergency room at Baptist Medical Center South and the health care professionals at that facility can testify as to the matters set forth in the medical records from that facility, said medical records having previously been provided to defense counsel and page numbered as pages 53-75. They can also testify as to the injuries suffered by Plaintiff, the fact that those injuries resulted from the accident which is the subject of this lawsuit, and as to the reasonableness of the bill Plaintiff received for their services and the services of other health care professionals and health care facilities and as to the fact that these bills were for treatment that was necessary to treat injuries that Plaintiff sustained in the accident that is the subject of this lawsuit. The physician who first saw Plaintiff in the emergency room advised Plaintiff that Plaintiff was the fourth or fifth patient who had been injured at the Hyundai Plant and who had been seen in the Emergency Room that same day.

**Brian Divelbiss, M.D.**
**Dickson Diveley Midwest Orthopaedic Clinic**
**3651 College Boulevard**
**Leawood, Kansas 66211**
**Patient Account 203268**

Plaintiff was seen by Dr. Brian Divelbiss at Dickson-Diveley Midwest Orthopaedic Clinic and the health care professionals at that facility, including Dr. Divelbiss, can testify as to the matters set forth in the medical records from that facility, said medical records having previously been provided to defense counsel and page numbered as pages 1-14. They can also testify as to the injuries suffered by Plaintiff, the fact that those injuries resulted from the accident which is the subject of this lawsuit, and as to the reasonableness of the bill Plaintiff received for their services and the services of other

health care professionals and health care facilities and as to the fact that these bills were for treatment that was necessary to treat injuries that Plaintiff sustained in the accident that is the subject of this lawsuit. Dr. Divelbiss can also testify that the injuries that Plaintiff sustained in the accident which is the subject of this lawsuit has made it impossible for Plaintiff to pursue her career as an industrial photographer.

Dr. Divelbiss performed the March 2, 2005 surgery (open reduction and internal fixation of right scaphoid). See Operative Report set forth at pages 10-13 and pages 28-29 of the medical records that have previously been provided to defense counsel.

**Dr. Brian Divelbiss**
**Kansas City Orthopaedic Institute**
**3651 College Boulevard**
**Leawood, Kansas 66211**
**Patient Account No. 137707**

Plaintiff was seen by Dr. Brian Divelbiss at Kansas City Orthopaedic Institute and the health care professionals at that facility, including Dr. Divelbiss, can testify as to the matters set forth in the medical records from that facility, said medical records having previously been provided to defense counsel and page numbered as pages 15-39. They can also testify as to the injuries suffered by Plaintiff, the fact that those injuries resulted from the accident which is the subject of this lawsuit, and as to the reasonableness of the bill Plaintiff received for their services and the services of other health care professionals and health care facilities and as to the fact that these bills were for treatment that was necessary to treat injuries that Plaintiff sustained in the accident that is the subject of this lawsuit. Dr. Divelbiss can also testify that the injuries that Plaintiff sustained in the accident which is the subject of this lawsuit has made it impossible for Plaintiff to pursue her career as an industrial photographer.

Dr. Divelbiss performed the March 2, 2005 surgery (open reduction and internal fixation of right scaphoid). See Operative Report set forth at pages 10-13 and pages 28-29 of the medical records that have previously been provided to defense counsel.

**Dr. Louise Kaine**
**Sunflower Medical Group**
**5555 W. 58th Street**
**Mission, Kansas 66202-1999**
**Patient Account : 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**

Plaintiff was seen by Dr. Kaine at the Sunflower Medical Group on April 11, 2005, May 9, 2005, May 12, 2005 and June 20, 2005. Dr. Kaine and the health care professionals at Sunflower Medical

Group can testify as to the matters set forth in the medical records from that facility, said medical records having previously been provided to defense counsel and page numbered as pages 40-52. They can also testify as to the injuries suffered by Plaintiff, the fact that those injuries resulted from the accident which is the subject of this lawsuit, and as to the reasonableness of the bill Plaintiff received for their services and the services of other health care professionals and health care facilities and as to the fact that these bills were for treatment that was necessary to treat injuries that Plaintiff sustained in the accident that is the subject of this lawsuit.

Dr. Kaine can also testify that the injuries that Plaintiff sustained in the accident which is the subject of this lawsuit has made it impossible for Plaintiff to pursue her career as an industrial photographer.

Dr. Kaine can also testify that because of the rib fractures that Plaintiff sustained in the accident which is the subject of this lawsuit, Plaintiff was unable to breathe deeply and properly and, as a result, developed pneumonia.

**Physical Therapists at**
**Mid-America Rehabilitation Hospital**
**5701 W. 110th Street**
**Overland Park, Kansas 66211**
**Patient Account : 10137487**

Plaintiff was seen at Mid-America Rehabilitation Hospital and the health care professionals at that facility can testify as to the matters set forth in the medical records from that facility, said medical records having previously been provided to defense counsel and page numbered as pages 77-155. They can also testify as to the injuries suffered by Plaintiff, the fact that those injuries resulted from the accident which is the subject of this lawsuit, and as to the reasonableness of the bill Plaintiff received for their services and the services of other health care professionals and health care facilities and as to the fact that these bills were for treatment that was necessary to treat injuries that Plaintiff sustained in the accident that is the subject of this lawsuit. The physical therapists at Mid-America Rehabilitation Hospital can also testify that the injuries that Plaintiff sustained in the accident which is the subject of this lawsuit has made it impossible for Plaintiff to pursue her career as an industrial photographer.

**Personnel employed by**
**Shawnee Mission Medical Center**
**9100 W. 74th Street**
**Shawnee Mission, Kansas 66204**
**Patient Control Number 2025526**

Personnel employed by Shawnee Mission Medical Center can testify as to the fact that Plaintiff sustained fractures of the right 10th, 11th, and 12th ribs (see May 12, 2005 Radiology Report, attached hereto at page 162) and as to the fact that Plaintiff underwent a CT Scan with intravenous contrast at Shawnee Mission Medical Center on April 12, 2005, and this showed "posterior inferior right rib fractures involving the posterior medial right twelfth rib, mid-posterior right eleventh rib and posterolateral right tenth rib. In addition, there are non-displaced fractures involving the right transverse processes of the L1 and L2 vertebra." (See April 12, 2005 Radiology Report, attached hereto at page 167). Medical records from this facility are attached hereto at pages 156-237.

**Empi**
**599 Cardigan Road**
**St. Paul, Minnesota 551264099**
**Account Number: 2524141**
**Serial Number: 2614055**

Plaintiff purchased her TENS Unit from EMPI, as more fully set forth at pages 306-309 of the medical records that have previously been provided to defense counsel.

**Hanger Prosthetics and Orthotics**
**120 N.W. Parkway**
**Riverside, Missouri 64150**
**Invoice EA40XFQPFW**

Plaintiff was supplied various health care devices from Hanger.

**Howard A. Aks, M.D.**
**Pain Management Associates**
**A Division of Anesthesia Associates of Kansas City**
**Menorah Medial Center**
**5721 W. 119th Street**
**Overland Park, Kansas 66209**
**Pain Clinic Telephone: 913.498.6124**
**Pain Clinic Fax: 913.498.6122**

Dr. Aks administered a stellate ganglion block to Plaintiff (see page 334 of the medical records that have previously been provided to defense counsel) and can testify as to the injuries suffered by Plaintiff, the fact that those injuries resulted from the accident which is the subject of this lawsuit, and as to the reasonableness of the bill Plaintiff received for their services and the services of other health care professionals and health care facilities and as to the fact that these bills were for treatment that was necessary to treat injuries that Plaintiff sustained in the accident that is the subject of this lawsuit.

Dr. Aks can also testify that the injuries that Plaintiff sustained in the accident which is the subject of this lawsuit has made it impossible for Plaintiff to pursue her career as an industrial photographer.

**Lynn Ketchum, M.D.**
5701 W. 119th Street, Suite 215
Overland Park, Kansas 66209
Tele: 913.451.8567

Dr. Ketchum performed the following surgery on Plaintiff on October 21, 2005: Release of right flexor carpi radialis tunnel, right. This surgery was performed at the Surgicenter of Johnson County. See Report of Operation at pages 262-263 of the medical records that have previously been provided to defense counsel.

Dr. Ketchum can testify as to the matters set forth in the medical records from his office, said medical records having previously been provided to defense counsel and page numbered as pages 272-299. He can also testify as to the injuries suffered by Plaintiff, the fact that those injuries resulted from the accident which is the subject of this lawsuit, and as to the reasonableness of the bill Plaintiff received for his services and the services of other health care professionals and health care facilities and as to the fact that these bills were for treatment that was necessary to treat injuries that Plaintiff sustained in the accident that is the subject of this lawsuit.

Dr. Ketchum can also testify that the injuries that Plaintiff sustained in the accident which is the subject of this lawsuit has made it impossible for Plaintiff to pursue her career as an industrial photographer.

**Dr. Andrew Jacobs**
800 W. 47th Street, Suite 514
Kansas City, Missouri 64112
Tele: 816-561-5556

Dr. Jacobs is a psychologist who has seen Plaintiff for the mental and emotional anguish she has experienced due to the pain she has suffered and continues to suffer as the result of the injuries she sustained in the accident that is the subject of this lawsuit. Dr. Jacobs can also testify as to the severity of the impact that Plaintiff's injuries have had (and will continue to have) on her profession and on her life.

**Nick Vedros**
Vedros and Associates, Inc.
1510 Jarboe Street
Kansas City, Missouri 64108

Tele: 816-471-5488

Mr. Vedros is a professional photographer and can testify as to the impact that Plaintiff's injuries have had and will continue to have on her ability to work as a photographer.

**Georgia DeVrieze**
14865 W. 255th Street
Paola, Kansas 66071
Tele: 913-879-2228

Ms. DeVrieze can testify as to the adverse impact that Plaintiff's injuries have had on her life.

**Noel MacClymont**
22718 W. 73rd Street
Shawnee, Kansas 66227
Tele: 913-441-9689

Mr. MacClymont can testify as to the adverse impact that Plaintiff's injuries have had on her life.

**Julie Toman**
22723 W. 73rd Street
Shawnee, Kansas 66227
Tele: 913-481-4131

Ms. Toman can testify as to the adverse impact that Plaintiff's injuries have had on her life.

**Frank Hamilton**
9204 N.W. 76th Terrace
Kansas City, Missouri 64152
Tele: 816-803-2037

Mr. Hamilton is a professional photographer and can testify as to the adverse impact that Plaintiff's injuries have had on her career and on her life.

**Kevin Anderson**
c/o The Shawnee Dispatch
10314 Shawnee Mission Parkway
Shawnee, Kansas 66203
Tele: 913-302-4932

Mr. Anderson is a professional photographer and photo editor and can testify as to the adverse impact that Plaintiff's injuries have had on her career and on her life.

**Terri Voyles**
33808 East Corn Spur Road
Lone Jack, Missouri 64070
Tele: 913-498-1401 – Work
Tele: 816-506-3677 – Cell

Ms. Voyles is a professional photographer and photo editor and can testify as to the adverse impact that Plaintiff's injuries have had on her career and on her life.

**Monterey Anthony**
15091 S.E. Oregon Trail Drive
Clackamas, Oregon 97015
Tele: 503-515-7850-cell
Tele: 503-658-1735-home

Mr. Anthony is a professional photographer and can testify as to the adverse impact that Plaintiff's injuries have had on her career and on her life.

**Dr. Barbara Batts, M.D.**
1010 Carondelet #328
Kansas City, Missouri 64114
Tele: 816-941-0700

Dr. Batts can testify as to the adverse impact Plaintiff's injuries have had on her life.

**Bill Dalton**
c/o Dalton's Flowers, Inc.
8135 Santa Fe Dr.
Overland Park, Kansas 66204
Tele: 913-642-2112

Mr. Dalton can testify as to the adverse impact Plaintiff's injuries have had on her life.

**Kathleen Sullivan**
c/o Dalton's Flowers Inc.
8135 Santa Fe Drive
Overland Park, Kansas 66204

8

Tele: 913-642-2112

Ms. Sullivan can testify as to the adverse impact Plaintiff's injuries have had on her life.

**Shannon Dukes**
**632 W. 39th Street**
**Kansas City, Missouri 64111**
**Tele: 816-960-3409**

Ms. Dukes can testify as to the adverse impact Plaintiff's injuries have had on her life.

**Su Lynn Hanson**
**14126 Slater**
**Shawnee Mission, Kansas 66221**
**Tele: 913-530-3773**

Ms. Hanson is a hand therapist who has treated Plaintiff's injuries. She can testify as to the nature and extent of Plaintiff's injuries and as to the treatment that she has rendered to Plaintiff as Plaintiff's hand therapist.

**Toni Wood**
**21516 W. 72nd St.**
**Shawnee, Kansas 66218**
**Tele: 913-441-0659**

Ms. Wood can testify as to the adverse impact Plaintiff's injuries have had on her life.

**Andrea Long**
**22725 W. 73rd Street**
**Shawnee, Kansas 66227**
**Tele: 913-963-3523**

Ms. Long can testify as to the adverse impact Plaintiff's injuries have had on her life.

**Garvey Scott**
**713 E. 77th Street**
**Kansas City, Mo. 64131**
**Tele: 816-392-1243**

9

Mr. Scott can testify as to the adverse impact Plaintiff's injuries have had on her career and on her life.

**Susanne Sklar**
**The Queen's College**
**Oxford**
**OX1 4AW**
**England**

Ms. Sklar can testify as to the adverse impact Plaintiff's injuries have had on her life.

**Mike Moorhead**
**Prairiebrooke Arts**
**7900 Santa Fe Drive**
**Overland Park, Kansas 66204**
**Tele: 913-341-0333**

Mr. Moorhead can testify as to the adverse impact Plaintiff's injuries have had on her life.

**Ann Payne**
**George Butler Associates**
**9801 Renner Rd.**
**Shawnee, Mission, Kansas**
**Tele: 913-492-0400**

Ms. Payne can testify as to the adverse impact Plaintiff's injuries have had on her life.

**Kate Pella**
**kgpella@earthlink.net**
**Tele: 816-635-3850**
**Tele: 816-835-7262**

Ms. Pella can testify as to the adverse impact Plaintiff's injuries have had on her life.

**Dr. Douglas Whitley**
**4601 W. 109th Street #202**
**Overland Park, Kansas 66211**
**Tele: 913.491.3376**

Dr. Whitley can testify as to the adverse impact Plaintiff's injuries have had on her life.

Nancy Brandell
NBrandell@aol.com
Tele: (816) 537-9960

Ms. Brandell can testify as to the adverse impact Plaintiff's injuries have had on her life.

**Douglas Cusick, M.D.**
**4601 College Blvd.**
**Shawnee Mission, Kansas 66211**
913-661-0202

Plaintiff was seen by Dr. J. Douglas Cusick, M.D. Dr. Cusick, can testify as to the matters set forth in the medical records from that facility, said medical records being attached hereto at pages 376-386. He can also testify as to the injuries suffered by Plaintiff, the fact that those injuries resulted from the accident which is the subject of this lawsuit, and as to the reasonableness of the bill Plaintiff received for their services and the services of other health care professionals and health care facilities and as to the fact that these bills were for treatment that was necessary to treat injuries that Plaintiff sustained in the accident that is the subject of this lawsuit. Dr. Cusick can also testify that the injuries that Plaintiff sustained in the accident which is the subject of this lawsuit has made it impossible for Plaintiff to pursue her career as an industrial photographer.

Dr. Cusick performed the August 14, 2005 surgery (first dorsal compartment release, first dorsal compartment synovectomy, synovectomy of the second dorsal compartment, second dorsal compartment release, and radial nerve dissection). See Operative Report set forth at pages 381 of the medical records which were previously provided to defense counsel.

**Vito J. Carabetta, M.D.**
**407 South Clairborne Road, Suite 106**
**Olathe, Kansas 66062**
Tele: 913.829.2525
Fax Number 913.829.1748

Dr. Carabetta performed an electrodiagnostic study of Plaintiff on August 2, 2006 and can testify as to the matters set forth in his report, attached hereto at pages 382-383. He can also testify as to the injuries suffered by Plaintiff, the fact that those injuries resulted from the accident which is the subject of this lawsuit, and as to the reasonableness of the bill Plaintiff received for their services and the services of other health care professionals and health care facilities and as to the fact that these bills were for treatment that was necessary to treat injuries that Plaintiff sustained in the accident that is the subject of this lawsuit. Dr. Carabetta can also testify that the injuries that Plaintiff sustained in

the accident which is the subject of this lawsuit has made it impossible for Plaintiff to pursue her career as an industrial photographer.

**Health Care Professionals at Shawnee Mission Medical Center**
**9100 W. 74th Street**
**Shawnee Mission, Kansas 66204**

Dr. Cusick performed the August 14, 2006 surgery on Plaintiff at Shawnee Mission Medical Center.

**Health Care Professionals at Shawnee Mission Medical Center - Therapy Plus/Sports Care**
**9100 W. 74th Street**
**Shawnee Mission, Kansas 66204**
**913-676-2238**

Shawnee Mission Medical Center - Therapy Plus/Sports Care is administering physical therapy to Plaintiff following her August 14, 2006 and will continue to provide Plaintiff with physical therapy. Plaintiff was first seen at Shawnee Mission Medical Center - Therapy Plus/Sports Care on Wednesday, September 6, 2006. Further, Plaintiff was seen at Shawnee Mission Medical Center - Therapy Plus/Sports Care on two occasions during the week of Monday, September 11, 2006. Plaintiff will continue to be seen there on a once a week basis for the next few months. After a few months of therapy, Dr. Cusick will determine whether Plaintiff will need another surgery on her wrist. Plaintiff's range of motion is still very limited and she is still in lots of pain.

**Kym Brungardt**
**Shawnee Mission Medical Center - Therapy Plus/Sports Care**
**9100 W. 74th Street**
**Shawnee Mission, Kansas 66204**
**913-676-2238**

Ms. Brungardt is Plaintiff's primary physical therapist at Shawnee Mission Medical Center - Therapy Plus/Sports Care. Ms. Brungardt is administering physical therapy to Plaintiff following her August 14, 2006 and will continue to provide Plaintiff with physical therapy. Plaintiff was first seen at Shawnee Mission Medical Center - Therapy Plus/Sports Care on Wednesday, September 6, 2006. Further, Plaintiff was seen at Shawnee Mission Medical Center - Therapy Plus/Sports Care on two occasions during the week of Monday, September 11, 2006. Plaintiff will continue to be seen there on a once a week basis for the next few months. After a few months of therapy, Dr. Cusick will determine whether Plaintiff will need another surgery on her wrist. Plaintiff's range of motion is still very limited and she is still in lots of pain.

Plaintiff's treating physicians and health care providers (as identified hereinabove) will also testify as to the nature and extent of the injuries Plaintiff sustained as the result of the accident which is the subject of this lawsuit, the reasonableness and necessity of the medical bills that Plaintiff has incurred, Plaintiff's prognosis, and Plaintiff's need for future medical treatment. The bills which will be the subject of this testimony total $55,286.34 and Plaintiff continues to incur additional medical bills for additional medical treatment due to the injuries she sustained in the accident which is the subject of this lawsuit. The medical bills include the following:

| Health Care Provider | | Date of Service | Amount of Bill |
|---|---|---|---|
| Dickson-Diveley Midwest Orthopaedic Clinic | | | |
| | [341] | 02/24/2005 | 475.00 |
| | | 02/25/2005 | 53.00 |
| | | 03/02/2005 | 1,500.00 |
| | | 03/04/2005 | 750.00 |
| | | 03/21/2005 | 155.00 |
| | | 03/21/2005 | 30.00 |
| | | 03/21/2005 | 79.00 |
| | | 03/21/2005 | 63.00 |
| | | 04/05/2005 | 155.00 |
| | | 04/05/2005 | 30.00 |
| | [342] | 04/18/2005 | 63.00 |
| | | 05/27/2005 | 63.00 |
| | | 07/20/2005 | 103.00 |
| | | 08/15/2005 | 103.00 |
| | | 09/06/2005 | 350.00 |
| | [343] | 10/12/2005 | 103.00 |
| Kansas City Orthopaedic Institute | | | |
| | [351] | 03/02/2005 | 8,455.66 |
| Louise Kane, D.O. Sunflower Medical Group | | | |
| | [52] | 04/11/2005 | 90.00 |
| | | 05/09/2005 | 72.00 |
| | | 06/20/2005 | 55.00 |
| | | 05/12/2005 | 72.00 |

13

| | | | |
|---|---|---|---:|
| Baptist Medical Center South | | | |
| | [73] | 01/26/2005 | 4,692.20 |
| Alabama Emergency Room Admin Serv. | | | |
| | [76] | 01/26/2005 | 354.00 |
| Mid-America Rehabilitation Hospital | | | |
| | [357-372] | 04/14 to 08/12/2005 | 10,837.75 |
| Shawnee Mission Medical Center | | | |
| | [354-355] | 04/12/2005 | 2,694.00 |
| | [356] | 05/12/2005 | 488.00 |
| Surgicenter of Johnson County | | | |
| | [339-340] | 10/21/2005 | 1,649.00 |
| | | 10/21/2005 | 755.00 |
| | | 01/06/2006 | 1,510.00 |
| | | 01/06/2006 | 1,026.00 |
| | | 01/06/2006 | 1,055.00 |
| Lynn D. Ketchum, M.D. | | | |
| | [299] | 10/17/2005 | 75.00 |
| | | 10/17/2005 | 100.00 |
| | | 10/21/2005 | 1,850.00 |
| | | 11/07/2005 | 110.00 |
| | | 11/07/2005 | 24.00 |
| | | 11/28/2005 | 85.00 |
| | | 11/28/2005 | 110.00 |
| | | 11/28/2005 | 18.00 |
| | [316] | 02/07/2006 | 125.00 |
| Westport Anesthesia Services | | | |
| | [300-302] | 03/02/2005 | 1,216.00 |

14

| | | | |
|---|---|---|---:|
| Montgomery Radiology | | | |
| | [305] | 01/26/2005 | 33.00 |
| | | 01/26/2005 | 33.00 |
| | | 01/26/2005 | 254.00 |
| | | 01/26/2005 | 245.00 |
| EMPI | [308] | 05/31/2005 | 778.23 |
| Howard A. Aks, M.D. | | | |
| Pain Management Associates | | | |
| | [344] | 02/10/2006 | 164.00 |
| | | 02/10/2006 | 260.00 |
| | [345] | 02/16/2006 | 56.00 |
| | | 03/08/2006 | 56.00 |
| | | 02/10/2006 | 500.00 |
| | | 02/22/2006 | 56.00 |
| | [346] | 03/14/2006 | 56.00 |
| | | 03/17/2006 | 56.00 |
| | | 03/31/2006 | 56.00 |
| | | 04/21/2006 | 56.00 |
| Menorah Medical Center | | | |
| | [352] | 02/10/2006 | 1,135.50 |
| Andrew A. Jacob, Ph.D. | | | |
| | [373-374] | 03/22/2006 | 250.00 |
| | | 03/30/2006 | 135.00 |
| | | 04/04/2006 | 135.00 |
| | | 04/07/2006 | 135.00 |
| | | 04/11/2006 | 135.00 |
| | | 04/14/2006 | 135.00 |
| | | 04/18/2006 | 135.00 |
| | | 04/21/2006 | 135.00 |
| | | 04/25/2006 | 135.00 |
| | | 05/02/2006 | 135.00 |
| | | 05/09/2006 | 135.00 |
| | | 05/12/2006 | 135.00 |
| | | 05/17/2006 | 135.00 |
| | | 05/24/2006 | 135.00 |
| | | 05/31/2006 | 135.00 |

|  |  |  |
|---|---|---|
|  | 06/08/2006 | 135.00 |
|  | 06/14/2006 | 135.00 |
|  | 06/21/2006 | 135.00 |
|  | 06/28/2006 | 135.00 |
|  | 07/11/2006 | 135.00 |
|  | 07/20/2006 | 135.00 |

J. Douglas Cusick, M.D.

|  |  |  |
|---|---|---|
| [384-386] | 03/08/2006 | 94.00 |
|  | 08/08/2006 | 94.00 |
|  | 08/27/2006 | 1,050.00 |
|  | 08/27/2006 | 1,050.00 |
|  | 08/27/2006 | 2,050.00 |
|  | 08/27/2006 | 1,305.00 |
|  | 08/27/2006 | 1,305.00 |

Total:                                                                  55,286.34

HANKINS & CONKLIN, P.C.

*/s/ Thomas E. Hankins/*

Thomas E. Hankins - MO #26005
6812 North Oak Trafficway, Suite 5
Gladstone, Missouri 64118-2587
Telephone: (816) 436-3100
Fax No. (816) 436-8643
E-Mail: tomhankinslaw@cs.com
**Attorneys for Plaintiff**

### Certificate of Service

I hereby certify that a true and accurate copy of the above and foregoing document (Plaintiff's Disclosure of Those Persons Who May Be Used At Trial to Present Evidence under Rules 701, 702, 703, or 705 of the Federal Rules of Evidence) was transmitted by fax this 1st day of November, 2006 to Mr. James B. Carlson, Sirote & Permutt, P.C., Fax Number (205) 930-5101, Attorneys for Defendant.

*/s/ Thomas E. Hankins/*

Thomas E. Hankins
Attorney for Plaintiff