**In the United States District Court for the**
**Middle District of Alabama**
**at Montgomery**

| | | |
|---|---|---|
| Anne Marie Hunter | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:06-CV-00411-WHA-SRW |
| | ) | |
| Dürr Systems, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

**Plaintiff's Response to Defendant's Reply to Plaintiff's Suggestions in Opposition to Defendant's Motion to Strike Plaintiff's Disclosure of Those Persons Who May Be Used at Trial to Present Evidence Under Rules 701, 702, 703, or 705 of the Federal Rules of Evidence**

COMES NOW Plaintiff and for her Response to Defendant's Reply to Plaintiff's Suggestions in Opposition state:

1.  Defendant, in its Reply, fails to address the Advisory Committee Notes accompanying the 1993 Amendments to Rule 26. These Advisory Committee Notes state, in part:

    "A treating physician, for example, can be deposed or called to testify at trial without any requirement for a written report."

2.  Because Defendant has failed to set forth any reason why Plaintiff's treating physicians in this case should be treated differently than the treating physicians described in the Advisory Committee Notes, Defendant's Motion to Strike should be denied.

WHEREFORE, Plaintiff prays the order of the Court denying Defendant's Motion to Strike Plaintiff's Disclosure of Those Persons Who May Be Used at Trial to Present Evidence Under Rules 701, 702, 703, or 705 of the Federal Rules of Evidence.

        HANKINS & CONKLIN, P.C.

        /s/ Thomas E. Hankins
        Thomas E. Hankins - MO #26005
        6812 North Oak Trafficway, Suite 5
        Gladstone, Missouri 64118-2587
        Telephone: (816) 436-3100
        Fax No. (816) 436-8643
        E-Mail: tomhankinslaw@cs.com
        **Attorneys for Plaintiff**

### Certificate of Service

      I hereby certify that a true and accurate copy of the above and foregoing document (Plaintiff's Response to Defendant's Reply to Plaintiff's Suggestions in Opposition to Defendant's Motion to Strike Plaintiff's Disclosure of Those Persons Who May Be Used at Trial to Present Evidence Under Rules 701, 702, 703, or 705 of the Federal Rules of Evidence) was transmitted by fax this 17th day of November, 2006 to Mr. James B. Carlson, Sirote & Permutt, P.C., Fax Number (205) 930-5101, Attorneys for Defendant.  I further state that I also electronically filed the foreoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Mr. James B. Carlson
Sirote & Permutt, P.C.
2311 Highland Avenue South
P.O. Box 55727
Birmingham, Alabama    35255-5727

        /s/ Thomas E. Hankins
        Thomas E. Hankins
        Attorney for Plaintiff