IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
AT MONTGOMERY

| | |
|---|---|
| ANNE MARIE HUNTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:06CV411-SRW |
| DURR SYSTEMS, INC., | ) ) ) |
| Defendant. | ) |

## MOTION TO EXTEND DEADLINES AND RESPONSIBILITIES SET OUT IN THIS COURT'S UNIFORM SCHEDULING ORDER (DOCUMENT 13)

COME NOW counsel for both the Plaintiff and Defendant and move this Court to extend two (2) deadlines and as grounds for said motion, state the following:

1. That Plaintiff's counsel disclosed two (2) physicians and one (1) psychologist as experts to be utilized in this case on November 1, 2006.

2. That both counsel for the Plaintiff and Defendant have endeavored to schedule the depositions of these experts, without success, due to the Thanksgiving and Christmas holidays and professional schedules of these three experts.

3. That counsel for both the Plaintiff and Defendant have exchanged numerous e-mails in an attempt to schedule these depositions while the doctors and psychologist have had need to change these dates due to their schedules, and that one of these experts may not be deposed until early January.

4. That counsel for both the Plaintiff and Defendant would request that this Court extend two (2) deadlines:

**MOTION GRANTED** *[signature]*

SO ORDERED
THIS 28th DAY OF Nov., 2006
_____
UNITED STATES DISTRICT JUDGE

DOCSBHM\1448913\2\