## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## AT MONTGOMERY

ANNE MARIE HUNTER,        )
                              )
        Plaintiff,           )
                              )
v.                           )      CASE NO. 2:06CV411-SRW
                              )
DURR SYSTEMS, INC.,        )
                              )
        Defendant.       )

## JOINT MOTION FOR LEAVE TO EXTEND DEADLINES AND RESPONSIBILITIES PURSUANT TO THIS COURT'S UNIFORM SCHEDULING ORDER (DOCUMENT 13)

COME NOW counsel for both the Defendant and Plaintiff and jointly move this Court for leave to extend certain deadlines and responsibilities set out in this Court's Uniform Scheduling Order and as grounds for said motion, state the following:

1.    That the Plaintiff has identified two (2) treating physicians and a psychologist in her expert disclosures that were made on November 1, 2006.

2.    That counsel for Defendant is required to disclose experts by January 15, 2007.

3.    That both counsel for Plaintiff and Defendant have endeavored to schedule the depositions of the two treating physicians and psychologist, all of whom are outside the state of Alabama, and have been unable to confirm dates with these three (3) professionals with Thanksgiving and Christmas and work schedules compounding counsels' efforts to get these depositions taken.

4.    That both counsel for Plaintiff and Defendant desire to extend the deadline for the Defendant to disclose experts from January 15, 2007, to February 15, 2007, based upon

DOCSBHM\1448882\2\

## MOTION GRANTED ᴅᴍᴡ

SO ORDERED

THIS _28th_ DAY OF _Nov_____, 20 _06_

_____
UNITED STATES DISTRICT JUDGE