IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
AT MONTGOMERY

| | |
|---|---|
| ANNE MARIE HUNTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06CV411-SRW |
| | ) |
| DURR SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 19th, 2006, the Defendant, Durr Systems, Inc. ("Durr"), served the following discovery document on all parties of record by United States Postal Service:

1. Defendant's First Interrogatories to Plaintiff; and

2. Defendant's Second Request for Production
of Documents to Plaintiff.

/s/ Christopher A. Bottcher
James B. Carlson (CAR056)
Christopher A. Bottcher (BOT003)
Kimberly T. Thomason (THO186)
Attorneys for Defendant,
Durr Systems, Inc.

OF COUNSEL:
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel:  (205) 930-5100
Fax:  (205) 930-0101

## CERTIFICATE OF SERVICE

I hereby certify that on 19th day of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas E. Hankins
Hankins & Conklin, P.C.
6812 North Oak Trafficway, Suite 5
Gladstone, MO 64118
Telephone: 816-436-3100
Facsimile: 816-436-8643
Email: tomhankinslaw@cs.com
*Attorney for Plaintiff, Anne Marie Hunter*

/s/ Christopher A. Bottcher
Of Counsel