IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ANNE MARIE HUNTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-0411-SRW |
| | ) |
| DURR SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT DURR SYSTEMS, INC.'S
## MOTION FOR FINAL SUMMARY JUDGMENT

Durr Systems, Inc. (*hereinafter "Durr"*) moves this Court to enter an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting it a final summary judgment on all of Plaintiff's claims against it. In support of this Motion, Durr submits excerpts of the deposition testimony of Anne Marie Hunter (*attached as Exhibit "A" to Defendant's Evidentiary Submission in Support of Defendant, Durr Systems, Inc.'s Motion for Final Summary Judgment*), the Affidavit testimony of Scott Matthew Wagner (*attached as Exhibit "B" to Defendant's Evidentiary Submission in Support of Defendant, Durr Systems, Inc.'s Motion for Final Summary Judgment*), and the accompanying Memorandum of Law.

    s/James B. Carlson
    James B. Carlson
    Christopher A. Bottcher
    **SIROTE & PERMUTT, P.C.**
    2311 Highland Avenue South
    Post Office Box 55727
    Birmingham, AL 35255-5727
    Tel.:   (205) 930-5100
    Fax:   (205) 930-5335

        E-mail:  jcarlson@sirote.com
        E-mail:  cbottcher@sirote.com
        *Attorneys for Defendant*
        *Durr Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 Thomas E. Hankins
 Hankins & Conklin, P.C.
 6812 North Oak Trafficway, Suite 5
 Gladstone, MO 64118
 Telephone:  816-436-3100
 Facsimile:   816-436-8643
 Email: tomhankinslaw@cs.com
 *Attorney for Plaintiff, Anne Marie Hunter*

        s/James B. Carlson
        Of Counsel