# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ANNE MARIE HUNTER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-0411-SRW |
| | ) |
| **DURR SYSTEMS, INC.,** | ) |
| | ) |
| Defendant. | ) |

## EVIDENTIARY SUBMISSION IN SUPPORT OF DEFENDANT, DURR SYSTEMS, INC.'S MOTION FOR FINAL SUMMARY JUDGMENT

Defendant, Durr Systems, Inc., by and through its undersigned counsel, and pursuant to this Court's Civil Administrative Procedures, files the following in support of its Motion for Final Summary Judgment:

Exhibit A:  Deposition testimony excerpts of Anne Marie Hunter

Exhibit B:  Affidavit of Scott Matthew Wagner

    s/James B. Carlson
James B. Carlson
Christopher A. Bottcher
**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:   (205) 930-5100
Fax:   (205) 930-5335
E-mail:    jcarlson@sirote.com
E-mail:    cbottcher@sirote.com
Attorneys for Defendant
Durr Systems, Inc.

DOCSBHM\1470288\1\

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1<u>st</u> day of <u>March</u>, <u>2007</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas E. Hankins
Hankins & Conklin, P.C.
6812 North Oak Trafficway, Suite 5
Gladstone, MO 64118
Telephone:  816-436-3100
Facsimile:  816-436-8643
Email: tomhankinslaw@cs.com
*Attorney for Plaintiff, Anne Marie Hunter*

s/James B. Carlson
Of Counsel