# EXHIBIT "A"

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE MIDDLE DISTRICT OF ALABAMA

3    AT MONTGOMERY

4

5  ANNE MARIE HUNTER,

6        Plaintiff,

7  vs.

8  DURR SYSTEMS, INC.,

9        Defendant.

10

11  CASE NUMBER:  2:06CV411-SRW

12

13

14    DEPOSITION:  ANNE MARIE HUNTER

15

16

17        S T I P U L A T I O N S

18    IT IS STIPULATED AND AGREED by

19  and between the parties through their

20  respective counsel that the deposition

21  of ANNE MARIE HUNTER may be taken on

22  October 5, 2006, before Sallie NeSmith

23  Gunter, Certified Shorthand Reporter,

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1    Commissioner and Notary Public, at the

2    law offices of Sirote & Permutt, P.C.,

3    2311 Highland Avenue South, Birmingham,

4    Alabama.

5         IT IS FURTHER STIPULATED AND

6    AGREED that the signature to and the

7    reading of the deposition by the

8    witness is waived, the deposition to

9    have the same force and effect as if

10   full compliance had been had with all

11   laws and rules of court relating to the

12   taking of depositions.

13        IT IS FURTHER STIPULATED AND

14   AGREED that it shall not be necessary

15   for any objections to be made by

16   counsel to any questions except as to

17   form or leading questions, and that

18   counsel for the parties may make

19   objections and assign grounds at the

20   time of trial or at the time said

21   deposition is offered in evidence or

22   prior thereto.

23

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

```
 1              A P P E A R A N C E S

 2   Appearing  for  the  Plaintiff:

 3         HANKINS  &  CONKLIN,  P.C.

 4         By:  Thomas  E.  Hankins,  Esq.

 5         6812  North  Oak  Trafficway

 6         Suite  5

 7         Gladstone,  Missouri   6411-82587

 8   Appearing  for  the  Defendant:

 9         SIROTE  &  PERMUTT,  P.C.

10         By:  James  B.  Carlson,  Esq.

11         By:  Kim  Thomason,  Esq.

12         2311  Highland  Avenue  South

13         Birmingham,  Alabama   35205

14   Court  Reporter:   Sallie  NeSmith  Gunter

15

16

17

18

19

20

21

22

23
```

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1            I N D E X

2

3  Examination by Mr. Carlson............7

4  Defendant's Exhibit 1

5  (E-mail from Anne Marie Hunter to

6  Leanna Schaffer).....................34

7  Defendant's Exhibit 2 (Photo)........63

8  Defendant's Exhibit 3 (Photo)........63

9  Defendant's Exhibit 4 (Photo)........68

10 Defendant's Exhibit 5

11 (Document authored by Plaintiff - Items

12 for Deposition)......................138

13 Defendant's Exhibit 6

14 (March 31, 2006, letter authored by

15 Dr. Howard A. Aks)...................138

16 Defendant's Exhibit 7

17 (2002 Tax Return of Plaintiff)......181

18 Defendant's Exhibit 8

19 (2003 Tax Return of Plaintiff)......182

20 Defendant's Exhibit 9

21 (2004 Tax Return of Plaintiff)......185

22 Defendant's Exhibit 10

23 (Letter dated February 25, 2005, from

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1  Hermes Landscaping to Jim

2  VanValkenburg)......................186

3  Defendant's Exhibit 11

4  (Letter dated March 14, 2005, from Jim

5  VanValkenburg to Plaintiff).........187

6  Defendant's Exhibit 12

7  (Undated letter from David Jewell to

8  Jim VanVelkenburg)..................188

9  Defendant's Exhibit 13

10 (Letter dated February 16, 2005 from

11 Plaintiff to Dave Ciuffoletti)......189

12 Defendant's Exhibit 14

13 (Letter dated August 26, 2005, from

14 Bruce Hartman to Plaintiff and other

15 assorted document)..................185

16 Defendant's Exhibit 15

17 (Invoice dated February 14, 2005, from

18 Plaintiff to Durr Industries).......213

19 Defendant's Exhibit 16

20 (Undated portion of letter from

21 Plaintiff)..........................213

22

23

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA 35226
(205)978-2310 southerncourtreporting@charter.net

1    Q.    Okay.

2    A.    That is --

3    Q.    You say that didn't come from

4  you?

5    A.    No, it did not, Scout's honor.          09:34:48AM

6    Q.    But you agree with the part

7  that you're a self-employed freelance

8  photographer?

9    A.    That part, yes.

10    Q.    Do you have contracts with          09:35:00AM

11  other industries for whom you have shot

12  pictures?

13    A.    The one I know for sure that

14  is on file right now is with

15  Harley-Davidson.  I've worked with them      09:35:10AM

16  since 1996.

17    Q.    Okay.  You worked in the

18  capacity of an independent contractor

19  with Harley?

20    A.    Yes.          09:35:22AM

21    Q.    And would that be the same for

22  Durr?

23    A.    Yes.

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

```
 1   accident yet?
 2       Q.   No, I'm just asking you what
 3   you did first.
 4       A.   The first thing I did was to
 5   walk in and scope things out.                09:44:52AM
 6       Q.   Let me stop there, and we'll
 7   take it in small bites.  When you go in
 8   to scope it out, is anything moving?
 9       A.   No.
10       Q.   Okay.  But you've got some car    09:45:00AM
11   bodies in there?
12       A.   Yes.
13       Q.   And then you said something
14   about watching the robots?
15       A.   Right.                             09:45:06AM
16       Q.   Are the robots moving?
17       A.   No.
18       Q.   So what is it that you're
19   trying to do, with nothing moving, in
20   order to determine what kind of shots    09:45:16AM
21   you want to make?
22       A.   I'm seeing if I want my --
23   what my lens is that I need, can I
```

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA 35226
(205)978-2310 southerncourtreporting@charter.net

1    handle it or do I need to just keep it

2    on the tripod, just a lot of technical

3    things.

4        Q.    No one from Durr is telling

5    you how to do those things?                    09:45:34AM

6        A.    No, no one is telling me.

7        Q.    You're the professional in

8    this setting?

9        A.    Right.

10       Q.    All right.  Before you          09:45:38AM

11   actually start taking pictures, does

12   anything move?

13       A.    As soon as -- yeah.  As soon

14   as -- I'm waiting for the bodies to

15   start moving, and I don't start taking    09:45:54AM

16   pictures until the bodies start moving.

17   Then a body moves forward, then I start

18   to move forward, and I follow its line,

19   get as close as I can without putting

20   myself in danger of getting sprayed       09:46:04AM

21   with paint so --

22       Q.    Let me stop you there.  Had

23   you had a discussion with someone about

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA 35226
(205)978-2310 southerncourtreporting@charter.net

1       Q.    Okay.

2       A.    Also because I use a really

3    fast speed of film and my shutter speed

4    doesn't have to be that long, and

5    because I've done this for so long, and          09:51:18AM

6    this is what I do, and I make good

7    pictures like this, really good, not

8    extreme photography but --

9       Q.    All right.  Let's work off of

10   Defendant's Exhibit 2.  Did you shoot            09:51:30AM

11   more than one direction in the robot

12   paint booth on this occasion where the

13   accident occurred?

14      A.    Yes.

15      Q.    Did you get at one end and set          09:51:48AM

16   up and shoot --

17      A.    No, I --

18      Q.    -- and then go to the other,

19   how did it work?

20      A.    When I first came in, I               09:51:56AM

21   stopped right there, and I turned

22   around and got these feathers and some

23   shots going back down the line from

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1    behind me.  And then I waited for the

2    body in front of me to start moving and

3    then there was another body in front

4    for when the robot started to paint,

5    and then I started to walk forward.          09:52:14AM

6         Q.    Okay.  And is that when your

7    accident happened?

8         A.    Uh-huh.

9         Q.    Yes?

10        A.    Yes.                                09:52:20AM

11        Q.    Okay.

12        A.    Sorry.

13        Q.    Can you see in Defendant's

14   Exhibit 2 where you started before you

15   followed the car?                             09:52:28AM

16        A.    I'm pretty sure that it's

17   right -- like the exit door is right

18   here (indicating) after the emu

19   feathers.

20        Q.    And that's where you came in?      09:52:40AM

21        A.    Uh-huh, enters and exits,

22   right.

23             MR. CARLSON:  Have you got a

66

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1    couple of these photographs?

2              MR. HANKINS:  That's the only

3    one I brought.  Do you want to make

4    some copies so we can mark them?

5              MR. CARLSON:  Yeah, let's do          09:52:54AM

6    that.  Let me see if we've got one

7    here.  We may well have one here, Tom.

     Let's use it to save us a little time.

9              MR. HANKINS:  Okay.

10             (Off-the-record discussion.)          09:54:24AM

11        Q.   (BY MR. CARLSON) Take a look

12    at this assortment of pictures, Ms.

13    Hunter, and see if we can find one that

14    works.  There's a series of them there

15    that look similar.                              09:54:40AM

16        A.   Right.

17        Q.   Can you commit to any one of

18    those photographs?

19        A.   Well, do you mean if I took

20    them?                                           09:54:50AM

21        Q.   No, that it fairly and

22    accurately depicts the area where your

23    injury occurred?

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

```
 1        A.    Yeah (indicating).

 2        Q.    Let's go with what works.

 3        A.    Okay.

 4        Q.    All right.  Can we work with

 5   the one you just pointed to?                        09:55:00AM

 6        A.    Okay.

 7              (Defendant's Exhibit 4 was

 8               marked for identification.

 9               A copy is attached.)

10        Q.    (BY MR. CARLSON) It would be             09:55:04AM

11   the bottom photograph on Defendant's

12   Exhibit 4, correct?

13        A.    Yes.

14        Q.    All right.  Why don't we do

15   this?  You came in on one side of the               09:55:12AM

16   robotic paint booth, and then prior to

17   following a car through the paint

18   booth, you get prepared to take those

19   shots, correct?

20        A.    Correct.                                 09:55:26AM

21        Q.    Do you set your tripod up in a

22   stationary location to take the first

23   shot?
```

68

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310  southerncourtreporting@charter.net

1       A.    Usually what I do --

2            Q.    What I need to know is what

3    you did on this occasion.

4            A.    Okay.  What I did, which is

5    what I always do, is I put the two back        09:55:40AM

6    legs on these (indicating).

7            Q.    Okay.

8            A.    And then I -- the front leg

9    has almost a big enough rubber thing

10   not to go through.  Sometimes it will        09:55:52AM

11   go through the grate a little bit,

12   sometimes it doesn't.  But if it

13   doesn't, it gets a little bit stuck,

14   that's okay, I can just pull it out and

15   keep going.                                 09:56:02AM

16           Q.    Why don't you, if you would,

17   just use this black felt tip and draw

18   your tripod where you started.

19           A.    I don't know.  I don't know.

20           Q.    Did you start in the area that   09:56:32AM

21   we see in that bottom photograph on

22   Defendant's Exhibit 4?

23           A.    Okay.  I think what I did was

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1    says, I'm going to move some cars, and

2    you step to the side?

3        A.    He didn't have the control to

4    move the cars.  The cars -- he didn't

5    control the cars moving.  He probably          10:01:24AM

6    controls the robots painting the cars.

7    The cars were coming from down line

8    somewhere, they were going through

9    production.

10        Q.    Does he tell you a car is          10:01:32AM

11    coming?

12        A.    Yes.

13        Q.    Okay.  So you get off to the

14    side?

15        A.    Right.                              10:01:36AM

16        Q.    And does that car pass you?

17        A.    Yes.

18        Q.    And is Christian outside the

19    robotic paint booth?

20        A.    Yes.                                10:01:44AM

21        Q.    In the control panel area?

22        A.    Yes.

23        Q.    All right.  So this car that

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1  was coming behind you is now in front

2  of you?

3       A.    Correct.

4       Q.    And does that car stop?

5       A.    Yeah.  They always stop for a        10:01:52AM

6  minute, then they start and then they

7  can stop, they start.  They're not --

8  sometimes they flow smoothly, sometimes

9  they don't.  But yes, that car stopped.

10      Q.    Do you know why it stopped?         10:02:02AM

11      A.    No.  There's numerous reasons

12 why they stop.

13      Q.    But you don't know why?

14      A.    Uh-uh.

15      Q.    Okay.  After that car             10:02:14AM

16 stopped --

17      A.    It's pretty typical, though.

18      Q.    What happens after that car

19 stops?

20      A.    Then I get back on here, start      10:02:20AM

21 walking up here (indicating) to get

22 ready to photograph these robots

23 painting some bodies.

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1      Q.    Right.  So you shoot some

2   shots, but the car is gradually moving

3   away from you?

4      A.    Yes.

5      Q.    All right.  Then you pick up          10:04:44AM

6   your tripod and you start walking

7   towards the car?

8      A.    Yes.

9      Q.    And do you ever set your

10  tripod down again?                              10:04:50AM

11     A.    Yes.

12     Q.    And --

13     A.    That's what saved my life.

14     Q.    Well, you set the tripod down,

15  and you take some more shots?                   10:05:00AM

16     A.    Uh-huh.

17     Q.    Yes?

18     A.    Yes.

19     Q.    And how many shots do you take

20  at that location?                               10:05:04AM

21     A.    Well, when I set my tripod

22  down when my foot slipped, I hadn't

23  take one shot yet.  When I picked it up

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1    at the time -- I might have moved two

2    or three times, but the time that I

3    picked it up and my foot slipped, I put

4    it down.  As I was putting it down, my

5    foot slipped and I looked down, and I          10:05:30AM

6    was headed down.  And if it wasn't for

7    my tripod hooked up over here, I would

8    have fallen through that hole.

9          Q.    Okay.  Do you think you set up

10   your tripod one, two, or three times         10:05:42AM

11   before this accident occurred?

12         A.    I don't know.  Maybe a couple,

13   maybe three.

14         Q.    Okay.  And in each of those

15   settings, with the exception of the          10:05:54AM

16   last, did you take pictures from the

17   tripod?

18         A.    Yes.

19         Q.    And on the third time --

20         A.    Or maybe the fourth.            10:06:02AM

21         Q.    Okay.  Anyway, on the last

22   one --

23         A.    It was at the most that

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA 35226
(205)978-2310 southerncourtreporting@charter.net

```
 1        Q.    But what I'm asking is this:
 2   As you were trying to set up the tripod
 3   in front of this hole, about how far
 4   was your tripod from the hole?
 5        A.    It straddled it probably.          10:07:06AM
 6        Q.    Straddled the hole?
 7        A.    Probably, yeah, because I
 8   didn't see it.
 9        Q.    Okay.
10        A.    So I'm walking with all my        10:07:14AM
11   gear and getting ready, okay, I want
12   this shot, set my tripod down, take a
13   step, my tripod locks down or sets down
14   on these (indicating), my foot slips.
15   I look down, and there's death,              10:07:28AM
16   seriously.
17        Q.    What did your foot slip on?
18        A.    It slipped into the hole.  I'm
19   walking on this (indicating), and my
20   foot slips into the hole.                    10:07:42AM
21        Q.    Okay.  While you're setting up
22   your tripod?
23        A.    While I'm carrying my tripod,
```

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA 35226
(205)978-2310 southerncourtreporting@charter.net

1    A.    Uh-huh.

2    Q.    Only further down?

3    A.    Uh-huh.

4    Q.    Yes?

5    A.    Yes.                                          10:10:00AM

6    Q.    Okay.  And just so I

7    understand, when you stepped in the

8    hole, you were in the process of

9    putting your tripod in place --

10   A.    Yes.                                          10:10:10AM

11   Q.    -- to take these pictures?

12   A.    Yes.

13   Q.    And when you put your foot in

14   the hole, were the legs of the tripod

15   in contact with the floor?                          10:10:16AM

16   A.    It probably happened

17   simultaneously.

18   Q.    Simultaneously.  Now, at that

19   point in time, how far is the car that

20   you're photographing in front of you,              10:10:26AM

21   how far away is it?

22   A.    Ten feet maybe.

23   Q.    Okay.  And that's from your

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA 35226
(205)978-2310 southerncourtreporting@charter.net

1  tripod to the rear end of the car?

2      A.    Yeah.

3      Q.    Okay.  Was there anything

4  obstructing your view of the hole in

5  the floor at the time you were setting          10:10:46AM

6  this tripod up and you stepped in the

7  hole?

8      A.    No.  I wasn't looking for a

9  hole in the floor, so I wouldn't have

10  seen it.                                        10:10:56AM

11      Q.    Okay.  But what I'm asking,

12  there wasn't anything between you and

13  that car that would have kept you from

14  seeing that hole, is there?

15      A.    At the point of -- yes, my        10:11:02AM

16  gear probably.

17      Q.    What gear?

18      A.    My camera bag, my tripod, my

19  camera, my film bag were all around me,

20  and so I would have expected the floor       10:11:16AM

21  to be there.

22      Q.    I'm not asking what you

23  expect.  I'm asking you, was there

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA 35226
(205)978-2310 southerncourtreporting@charter.net

1    Q.    Okay.  And the only one you

2  took after the accident is the one with

3  Christian putting the grate back?

4    A.    Uh-huh, correct.

5    Q.    Yes.  All right.  When you          10:20:26AM

6  fell, you said your tripod saved you.

7  Tell me how that worked.

8    A.    Well, I held it really hard

9  and used it like to pull me out,

10  because there was really nothing to          10:20:44AM

11  stop me from falling into that hole,

12  it's pretty big.  It was locked down

13  right here on these white things, and

14  so I was able to pull myself out, and

15  then I had no control of myself at that       10:20:58AM

16  point.  I mean, I was just like trying

17  to save my life.  So I fell over and

18  fell really hard on this (indicating).

19    Q.    On the right-hand side?

20    A.    Uh-huh, on this is really --        10:21:12AM

21  on one of these is what I think I fell

22  on (indicating).  And right here -- can

23  I show you something?

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA 35226
(205)978-2310 southerncourtreporting@charter.net

1        Q.    Sure, you can draw all over

2   your attorney's pictures.

3        A.    Okay.   This is where I fell

4   like into an area here, and then my

5   camera landed right here and stayed          10:21:28AM

6   (indicating).

7        Q.    On a step?

8        A.    My hand was there, like my

9   hand was extended, and my camera landed

10   then on top of my hand right there.   So    10:21:38AM

11   my hand got smashed between my camera

12   and this thing right here (indicating).

13        Q.    While you're drawing on that

14   photograph that we've marked

15   Defendant's Exhibit 2, you've made some     10:21:50AM

16   marks on the right-hand side of what

17   I've called the catwalk.

18        A.    Uh-huh.

19        Q.    I understand we've got a

20   dispute on what a catwalk is, but at        10:21:58AM

21   least we're talking the same language.

22   Is it your testimony that you fell to

23   the right-hand side where you've made

99

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1  these black marks?

2       A.    Yes.

3       Q.    And it is your testimony that

4  your camera landed on the step that we

5  see in that photograph?                          10:22:10AM

6       A.    That's not -- yes, it did.

7  But it landed on my hand, while my hand

8  was on this step (indicating).

9       Q.    On the step.  Okay.  Do you --

10      A.    And the rest of my body was        10:22:20AM

11 like laying right here (indicating).

12      Q.    Do you actually fall down in

13 the hole?

14      A.    No.

15      Q.    Okay.  So basically, you hit       10:22:26AM

16 the side rail to the hole?

17      A.    Uh-huh.

18      Q.    Yes?

19      A.    Yes.

20      Q.    And your camera lands on your      10:22:32AM

21 wrist?

22      A.    Uh-huh.

23      Q.    Yes?

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

```
 1        A.    No.

 2        Q.    We've talked about all of it?

 3        A.    Yes.

 4        Q.    Okay.  And you're making a

 5   claim for lost wages, lost income, the          12:12:28PM

 6   pain, the medical bills.  Anything else

 7   that you're making claim for in this

 8   case?

 9        A.    The change in my profession.

10        Q.    Anything else that you can          12:12:46PM

11   think of?

12        A.    No.

13              MR. CARLSON:  All right.

14   Thank you very much for giving me your

15   time.                                          12:12:54PM

16              THE WITNESS:  Thanks.

17              MR. CARLSON:  And that's the

18   last question I have.

19              MR. HANKINS:  We'll read and

20   sign.                                          12:13:02PM

21        THUS CONCLUDED THE DEPOSITION OF

22              ANNE MARIE HUNTER

23
```

**SOUTHERN COURT REPORTING**
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

```
1                C E R T I F I C A T E

2    STATE OF ALABAMA      )

3    JEFFERSON COUNTY      )

4         I hereby certify that the above

5    and foregoing proceeding was taken down

6    by me by stenographic means, and that

7    the questions and answers therein were

8    produced in transcript form by computer

9    aid under my supervision, and that the

10   foregoing represents, to the best of my

11   ability, a true and correct transcript

12   of the proceedings occurring on said

13   date at said time.

14        I further certify that I am

15   neither of counsel nor of kin to the

16   parties to the action; nor am I in

17   anywise interested in the result of

18   said cause.

19

20   _____

21        SALLIE NESMITH GUNTER

22   CERTIFIED SHORTHAND REPORTER

23
```