**In the United States District Court for the
Middle District of Alabama
at Montgomery**

| | | |
|---|---|---|
| Anne Marie Hunter | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:06-CV-00411-WHA-SRW |
| | ) | |
| Dürr Systems, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

**Evidentiary Submission in Support of Plaintiff's Memorandum in Opposition
to Defendant's Motion for Final Summary Judgment**

Plaintiff Anne Marie Hunter, by and through her undersigned counsel, and pursuant to this Court's Civil Administrative Procedures, files the following in support of her Memorandum in Opposition to Defendant's Motion for Final Summary Judgment:

Exhibit A: Deposition testimony excerpts of Scott Matthew Wagner

Exhibit B: Deposition testimony excerpts of Bruno Welsch

Exhibit C: Deposition testimony excerpts of Christian Rathsack

Exhibit D: Deposition testimony excerpts of Anne Marie Hunter

Exhibit E: Excerpts from Durr's Site Safety Manual

Exhibit F: Durr's Supervisor's Incident Investigation Report

Exhibit G: Christian Rathsack's Accident Report

Exhibit H: Affidavit of Anne Marie Hunter

HANKINS & CONKLIN, P.C.

 /s/   Thomas E. Hankins
Thomas E. Hankins - MO #26005
6812 North Oak Trafficway, Suite 5
Gladstone, Missouri 64118-2587
Telephone: (816) 436-3100
Fax No. (816) 436-8643
E-Mail: tomhankinslaw@cs.com

**Attorney for Plaintiff**

**Certificate of Service**

I hereby certify that on March 6, 2007, I electronically filed the foregoing document with the Clerk of the United States District Court for the Middle District of Alabama using the CM/ECF system, which sent notification of such filing to the following:

Mr. James B. Carlson
Sirote & Permutt, P.C.
2311 Highland Avenue South
P.O. Box 55727
Birmingham, Alabama   35255-5727
Jcarlson@Sirote.com

 /s/   Thomas E. Hankins
Thomas E. Hankins
Attorney for Plaintiff