Hunter v. Durr
06 - CV - 00411

—

# Exhibit C

to Plaintiff's Suggestions in Opposition
to Defendant's Motion for Summary Judgment

—

Excerpts from Deposition of Christian Rathsack
taken on October 5, 2006

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA 35226
(205) 978-2310 southerncourtreporting@charter.net

1    IN THE UNITED STATES DISTRICT COURT

2     FOR THE MIDDLE DISTRICT OF ALABAMA

3              AT MONTGOMERY

4

5  ANNE MARIE HUNTER,

6         Plaintiff,

7  vs.

8  DURR SYSTEMS, INC.,

9         Defendant.

10

11  CASE NUMBER:   2:06CV411-SRW

12

13

14     DEPOSITION:   CHRISTIAN RATHSACK

15

16

17          S T I P U L A T I O N S

18      IT IS STIPULATED AND AGREED by

19  and between the parties through their

20  respective counsel that the deposition

21  of CHRISTIAN RATHSACK may be taken on

22  October 5, 2006, before Sallie NeSmith

23  Gunter, Certified Shorthand Reporter,

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1      A.    Almost two and a half years

2  now.

3      Q.    Okay.

4      A.    I arrived May 2004.

5      Q.    Who is your employer?                    12:25:36PM

6      A.    Durr Systems.

7      Q.    What does Durr Systems do?

8      A.    We build paint shops and final

9  assembly lines for car manufacturer.

10      Q.    And what car manufacturers         12:25:56PM

11  does Durr do work for?

12      A.    I don't remember for sure, but

13  we are working almost for each car

14  manufacturer, I believe.

15      Q.    During the time that you have      12:26:12PM

16  lived in Alabama working for Durr, what

17  city have you worked in?

18      A.    I was only here for the HMMA

19  project, Hyundai Alabama.

20      Q.    And is that the Montgomery         12:26:26PM

21  area?

22      A.    That's located in Montgomery.

23  I've been one day in South Carolina by

SOUTHERN COURT REPORTING
Case 2:06-cv-00411-WHA-SRW    Document 35-4    Filed 03/06/2007    Page 4 of 27
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1    been tested, how many days, weeks, or

2    months?

3         A.    Testing starts with

4    installation.

5         Q.    Okay.  For how many days had          12:29:40PM

6    the type of testing that was going on

7    on January 26th, 2005, gone on?

8         A.    I can't say.

9         Q.    Okay.  Before January 26th,

10   2005, had you ever met my client, Anne     12:30:04PM

11   Marie Hunter?

12        A.    No.

13        Q.    Where were you when you first

14   met her?

15        A.    I'm not sure, but I think in    12:30:14PM

16   the Durr office, and Bruno introduced

17   us.

18        Q.    What did Bruno say to you at

19   that time?

20        A.    I can't say for sure, but       12:30:26PM

21   Bruno told me Ms. Hunter is industrial

22   photographer and she would take

23   pictures of the whole paint shop, and

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

```
 1  he asked me to show her the robot

 2  lines.

 3       Q.    Okay.  Did you then

 4  immediately show her the robot lines or

 5  was it several hours later when you did        12:30:46PM

 6  it or what time frame?

 7       A.    I can't say for sure.

 8       Q.    How far was the office from

 9  the paint -- the robotic paint area?

10       A.    I don't know, a hundred meter.     12:31:04PM

11       Q.    A hundred meters?

12       A.    Yeah.

13       Q.    Okay.  Was there anybody in

14  the robotic paint area other than you

15  that day; in other words, did you have        12:31:22PM

16  other Durr employees there?

17       A.    Yeah.  Yes.

18       Q.    Who else was there that day?

19       A.    I can't say for sure, but on

20  the job site, there were Teago Cardoso,        12:31:38PM

21  T-e-a-g-o, Cardoso, C-a-r-d-o-s-o.

22       Q.    What were her job duties?

23       A.    Teago is a he, it's a
```

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA 35226
(205) 978-2310 southerncourtreporting@charter.net

```
 1        A.     Not that I remember.
 2        Q.     Was there any difficulty with
 3   car bodies getting caught up on any of
 4   the grates?
 5        A.     Not that I remember.          12:33:10PM
 6        Q.     Who let Anne Marie Hunter into
 7   the area where the robotic painting was
 8   taking place?
 9        A.     I did.
10        Q.     Would you allow just anybody    12:33:24PM
11   in the robotic paint area, or did they
12   need to have special permission from
13   Durr to be there?
14        A.     Anybody is not possible
15   because not anybody can enter the        12:33:50PM
16   plant.
17        Q.     Yes.    To get into the painting
18   area, that is, the area where Anne
19   Marie had her accident, did you have to
20   unlock a door or did you just open a     12:34:04PM
21   door?
22        A.     You just opened the door.
23        Q.     And did you know that she was
```

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA 35226
(205)978-2310 southerncourtreporting@charter.net

1   going to be taking photographs?

2         A.    Yes.

3         Q.    Did you show her the robotic

4   painting area of the plant?

5         A.    Yes.                                        12:34:20PM

6         Q.    Tell me, as best as you can

7   recall, what you said to her and what

8   she said to you.

9         A.    I can't remember.

10        Q.    Did you point out any area         12:34:32PM

11  where grates were missing?

12        A.    No.

13        Q.    Were there any grates missing?

14        A.    Yes.

15        Q.    Why were there grates missing?    12:34:44PM

16        A.    Because of production problems

17  a few days or weeks before this day.

18        Q.    And tell me what those

19  production problems were.

20        A.    By entering the station,          12:35:00PM

21  skids, that's the part where the body

22  is on, was sticking on the grates and

23  caused collision between car body and

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA 35226
(205)978-2310 southerncourtreporting@charter.net

1    robot.

2         Q.    So how did this involve the

3    grids?   How were the grids involved in

4    causing this problem -- or grates?

5         A.    Grates.                              12:35:38PM

6         Q.    Difficult to explain?

7         A.    Yeah, in words difficult.

8         Q.    Okay.

9         A.    Normally grate installation is

10   like this, one level.   And during           12:35:50PM

11   commissioning, we got some problems

12   that some grates were standing up by

13   maybe half an inch or an inch.   When

14   the skid arrives and the grate stands

15   up, the skid hangs on this grate, and       12:36:08PM

16   that can cause a collision.

17        Q.    Okay.   And are you using the

18   word skid, s-k-i-d?

19        A.    Yes.

20        Q.    And is a skid something that     12:36:20PM

21   the car body sits on?

22        A.    Yeah.

23        Q.    And is the skid something that

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA 35226
(205)978-2310 southerncourtreporting@charter.net

Case 2:06-cv-00411-WHA-SRW    Document 35-4    Filed 03/06/2007    Page 9 of 27

1  carries the car body?

2      A.    Exactly.

3      Q.    So the skid would bump into

4  the grate?

5      A.    Yeah.                                    12:36:34PM

6      Q.    When that happened, would the

7  system automatically stop?

8      A.    No.

9      Q.    An accident would happen?

10     A.    Yeah.                                    12:36:44PM

11     Q.    Okay.  Who removed the grate?

12     A.    It was me.

13     Q.    Okay.  Did you remove one

14 grate, two grates, three, how many?

15     A.    I removed one.                           12:37:00PM

16     Q.    One.  Where did you put that

17 great?

18     A.    I can't say for sure, but

19 somewhere in this station.

20     Q.    Did you put it in the area              12:37:14PM

21 where you sat or did you put it in the

22 area where the paint was being applied?

23     A.    In the area where the paint

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA 35226
(205)978-2310 southerncourtreporting@charter.net

1    would be applied.

2         Q.    You removed it and got it out

3    of the way?

4         A.    Yes.

5         Q.    Did you tell any of your              12:37:32PM

6    supervisors what you had done?

7         A.    Yes.

8         Q.    Who did you tell?

9         A.    Inho Lee, I-n-h-o L-e-e.

10        Q.    Is he Oriental?                        12:37:54PM

11        A.    He is from Korea.

12        Q.    From Korea?

13        A.    And he is from Hyundai.

14        Q.    Now, I want to learn a little

15    bit about when you removed the grate,            12:38:14PM

16    okay.  Did you remove the grate the day

17    of Anne Marie's accident?

18        A.    No.

19        Q.    Do you believe you removed the

20    grate approximately several days before         12:38:28PM

21    Anne Marie's accident?

22        A.    I can't say for sure, but I

23    believe it was about two weeks earlier.

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205) 978-2310  southerncourtreporting@charter.net

```
 1          A.    More toward one.

 2          Q.    Okay.  Has anyone ever told

 3    you that they saw Anne Marie fall?

 4          A.    No.

 5          Q.    Did you see Anne Marie fall?      12:42:34PM

 6          A.    No.

 7          Q.    But you did come to her aid?

 8          A.    Yes.

 9          Q.    What alerted you to the fact

10    that there was a problem?                     12:42:48PM

11          A.    I was standing outside on the

12    control desk, I was looking to the

13    robot station was left of me, and then

14    I was looking right of me, and I was

15    expecting Anne Marie standing there,          12:43:08PM

16    but she was gone.

17          Q.    When you were in the control

18    room and you were looking out into the

19    robotic paint room, is there a clear

20    glass or plastic where you can see?           12:43:20PM

21          A.    Glass.

22          Q.    And how high off the ground

23    does the glass begin?
```

22

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA 35226
(205)978-2310 southerncourtreporting@charter.net

1    A.    Different.  At the station

2    where this accident happened, it's

3    about 120, one meter 20 centimeter,

4    about that high (indicating).

5    Q.    About chest high?                    12:43:54PM

6    A.    Yeah.  And in the station

7    where the robot were actually painting,

8    the window starts about a meter.

9    Q.    Okay.  So what drew your

10   attention to the fact that there was a    12:44:08PM

11   problem is that you looked, and you

12   expected to be able to see Anne Marie,

13   but you could not see her?

14   A.    I was standing outside, and my

15   view changed from robot to Anne Marie,    12:44:28PM

16   from robot to Anne Marie, then robot,

17   no Anne Marie.

18   Q.    I understand.  Thank you.

19   When you were looking from robot to

20   Anne Marie and from robot to Anne         12:44:42PM

21   Marie, were vehicle bodies moving?

22   A.    One vehicle was moving.

23   Q.    Were vehicle bodies being

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA 95226
(205)978-2310 southerncourtreporting@charter.net

Case 2:06-cv-00411-WHA-SRW    Document 35-4    Filed 03/06/2007    Page 13 of 27

1    painted?

2         A.    This one vehicle was painted.

3         Q.    Okay.   When a vehicle body

4    moves with a skid down line, how fast

5    does it move?                                          12:45:12PM

6         A.    At this time, five meter per

7    minute.

8         Q.    Okay.   When it is being

9    painted, is it moving at five meters

10   per minute or is it stopped?                           12:45:28PM

11        A.    It's moving.

12        Q.    At five meters per minute?

13        A.    At five meter per minute.

14        Q.    So when it is moving, it moves

15   at a constant speed?                                   12:45:38PM

16        A.    Yes.

17        Q.    And that constant speed

18   continues unless you do something to

19   stop it or unless there is a problem;

20   am I correct?                                          12:45:48PM

21        A.    You're correct.

22        Q.    Okay.   When you were looking

23   from robot to Anne Marie and robot to

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA   35226
(205) 978-2310 southerncourtreporting@charter.net

 1   Anne Marie, where was the vehicle body

 2   in relationship to you and Anne Marie?

 3        A.    I don't remember for sure, but

 4   it has to be somewhere in front of me,

 5   directly on entry of the ESTA station.          12:46:18PM

 6        Q.    So you believe that where you

 7   were situated --

 8        A.    Yeah.

 9        Q.    -- the car body was directly

10   in front of you?                                12:46:36PM

11        A.    I believe so.

12        Q.    And then where would Anne

13   Marie have been, to your right or to

14   your left?

15        A.    To my right.                         12:46:46PM

16        Q.    To your right.  Was the car

17   body moving at that time?

18        A.    Yes.

19        Q.    Was it moving away from Anne

20   Marie or toward Anne Marie?                     12:46:56PM

21        A.    It was moving away from Anne

22   Marie.

23        Q.    Where was the missing grate?

SOUTHERN COURT REPORTING
Case 2:06-cv-00411-WHA-SRW    Document 35-4    Filed 03/06/2007    Page 15 of 27
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1    A.    I can't say for sure.

2    Q.    Okay.  When you did look and

3  you noticed that Anne Marie was no

4  longer there, did you immediately get

5  into the paint booth?                          12:47:20PM

6    A.    Yes.

7    Q.    Was the vehicle still moving

8  when you entered the paint booth?

9    A.    No.

10   Q.    Before you entered the paint    12:47:32PM

11 booth, did you cause the vehicle to

12 stop moving?

13   A.    I don't remember exactly my

14 action, but I believe that I stopped by

15 emergency of -- it's a button on the   12:47:46PM

16 control desk, the operator station.

17   Q.    Why did you do you do that?

18   A.    I couldn't see Anne Marie, and

19 I thought something was wrong.

20   Q.    Did you remember at that point  12:47:58PM

21 in time that a grate had been removed?

22   A.    No.

23   Q.    Did you tell Anne Marie that a

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA 35226
(205)978-2310 southerncourtreporting@charter.net
Case 2:06-cv-00411-WHA-SRW    Document 35-4    Filed 03/06/2007    Page 16 of 27

1    grate had been removed?

2        A.    No.

3        Q.    When you went out into the

4    paint room, what did you see?

5        A.    I don't understand.                    12:48:26PM

6        Q.    As I understand it, you were

7    looking from robot to Anne Marie --

8        A.    Right.

9        Q.    -- robot to Anne Marie, and

10   then you noticed that Anne Marie was      12:48:36PM

11   not there?

12       A.    Yeah.

13       Q.    You then hit an emergency stop

14   button?

15       A.    I guess.                               12:48:44PM

16       Q.    You then opened a door and

17   walked into the paint area?

18       A.    Yeah.

19       Q.    What did you see?

20       A.    I saw Anne Marie hanging in         12:48:50PM

21   this hole.

22       Q.    Okay.  Was it the hole where

23   the grate had been removed?

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1          A.    Yes.

2          Q.    Was it the hole where you had

3    removed the grate?

4          A.    Yes.

5          Q.    Okay.  And if she had fallen          12:49:08PM

6    through all the way, how far was that

7    drop?

8          A.    I can't say for sure.

9          Q.    And if you don't know, that

10   is fine, but let me suggest numbers and          12:49:34PM

11   you tell me if it's true, not true, or

12   you don't know.  Was it more than ten

13   meters?

14         A.    No.

15         Q.    Was it more than five meters?          12:49:44PM

16         A.    I don't know.

17         Q.    Okay.  Was it more than two

18   meters?

19         A.    We have two different -- there

20   are two levels, and I don't know on          12:50:00PM

21   which level the grate was missing.

22         Q.    Yes.  Okay.  Thank you.  When

23   you saw Anne Marie, was she facing you,

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA 35226
(205)978-2310 southerncourtreporting@charter.net

```
 1   was she facing away from you, how would

 2   you characterize it?

 3        A.    As I remember, she was facing

     .e.

 5        Q.    Was her -- was any part of her     12:50:26PM

 6   body down into the hole?

 7        A.    I can't say for sure.  I

 8   believe, as I remember, that she was

 9   hanging on her leg and her arms, as I

10   remember.                                     12:50:50PM

11        Q.    And do you remember her tripod

12   being there?

13        A.    I believe she was hanging with

14   one arm on her tripod.

15        Q.    Okay.  What did you say to her     12:51:00PM

16   and what did she say to you?

17        A.    I can't remember in detail.

18        Q.    What did you do?

19        A.    We informed Bruno, so we went

20   down to the office.  We asked her if          12:51:20PM

21   she needs a doctor, if she needs

22   something else.

23        Q.    How long were you and she
```

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA 35226
(205)978-2310 southerncourtreporting@charter.net

1    Q.    Okay.  Can you tell me in the

2  metric system?

3    A.    I guess it's 50 or 60

4  centimeter and a meter or a meter 20.

5    Q.    Okay.  When you removed the          12:56:36PM

6  grate, did you place any warning or

7  notice that the grate had been removed?

8    A.    No.

9    Q.    During your time at Durr, have

10  you had any seminars or sessions where     12:57:12PM

11  safety is a subject that is being

12  discussed?

13    A.    Yes.

14    Q.    How many seminars or meetings

15  or sessions would you say you have          12:57:28PM

16  attended at Durr where the subject or

17  one of the subjects was safety?

18    A.    I would say two.

19    Q.    Were those meetings before

20  Anne Marie's accident, after Anne           12:57:50PM

21  Marie's accident, or one before and one

22  after?

23    A.    No, I mean two before.

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA    35226
(205)978-2310 southerncourtreporting@charter.net

```
 1          Q.    Two before.  Would you agree
 2    that Durr emphasizes safety very much?
 3          A.    What is "very much"?
 4          Q.    Well, as you go around a Durr
 5    plant, when there is something that is        12:58:18PM
 6    wrong, is it commonly marked with
 7    brightly colored cones or signs or
 8    tape?
 9          A.    Yes.
10          Q.    And that is so that people can    12:58:32PM
11    observe the hazard and avoid it?
12          A.    Yes.
13          Q.    And is that part of the Durr
14    culture, to be very safe?
15          A.    Yes.                               12:58:44PM
16          Q.    Did you have access, if you
17    wanted it, to any cones or signs or
18    brightly colored tape?
19          A.    Yes.
20          Q.    Had you ever used any of those    12:58:56PM
21    items?
22          A.    Yes.
23          Q.    Tell me instances or occasions
```

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA 35226
(205)978-2310 southerncourtreporting@charter.net

1   where you had used such items.

2       A.   When I commission the robots,

3   I take red/white tape and hang it on

4   the doors on the entry, on the exit of

5   the robot station that no one will     12:59:30PM

6   enter when I make my tests with the

7   robot.

8       Q.   And why is that, why do you do

9   that, to protect people?

10      A.   To -- yeah, to prevent people   12:59:50PM

11   to go in the station.

12      Q.   Okay. Why did you not tell

13   Anne Marie that there was a grate

14   missing?

15      A.   I didn't remember at the time.   01:00:00PM

16      Q.   I'm sorry?

17      A.   I did not remember that there

18   was a grate missing.

19      Q.   Had you remembered -- if you

20   had remembered, would you have told   01:00:08PM

21   her?

22      A.   Yes.

23      Q.   Would it have been possible to

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA   35226
(205) 978-2310 southerncourtreporting@charter.net

1    place brightly colored tape in the

2    opening where the grate had been

3    removed?

4         A.    Then production would not be

5    possible.                                       01:00:42PM

6         Q.    Brightly colored tape would

7    have stopped the skid?

8         A.    The skid would just go over it

9    and take it away.

10        Q.    Okay.  It would have destroyed   01:00:56PM

11   the tape?

12        A.    Yeah.

13        Q.    Okay.  We know that you

14   permitted Anne Marie to enter the paint

15   booth, correct, you allowed her in,           01:01:16PM

16   correct?

17        A.    Bruno told me to show her the

18   lines.

19        Q.    And that's what I was getting

20   at.                                            01:01:34PM

21        A.    Yeah.

22        Q.    You opened the door and showed

23   her the paint booth?

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA   35226
(205)978-2310 southerncourtreporting@charter.net

1        A.    Yes.

2        Q.    And allowed her in?

3        A.    Yes.

4        Q.    And you did so because Bruno

5    told you, This is Anne Marie Hunter,          01:01:42PM

6    and you are to allow her in the paint

7    booth, correct?

8        A.    Yes.

9        Q.    Was there anyone else employed

10   by Durr who authorized Anne Marie to          01:01:54PM

11   enter the paint booth that you know of?

12       A.    No.

13       Q.    Who at Durr knew that Anne

14   Marie was going to be entering the

15   paint booth besides you and Bruno?           01:02:16PM

16       A.    I don't know.

17       Q.    Did Bruno know that the grate

18   had been removed?

19       A.    I don't know.

20       Q.    So that I understand how this      01:02:26PM

21   was laid out, the area where the grate

22   had been removed and the body that was

23   being painted, had that body been over

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA   35226
(205)978-2310 southerncourtreporting@charter.net

1    the hole created by the removal of the

2    grate before this accident happened?

3         A.    For sure the body passed the

4    hole.

5         Q.    Okay.  So the body was going          01:03:14PM

6    away from the hole when this accident

7    happened?

8         A.    Yes.

9         Q.    It was not coming towards the

10   hole?                                            01:03:26PM

11        A.    No.

12        Q.    Okay.  Was there another body

13   coming?

14        A.    No.

15        Q.    Okay.  Why was it that there          01:03:32PM

16   was just one body, car body and no

17   other coming?

18        A.    No production.

19        Q.    Okay.

20        A.    It was startup.                       01:03:46PM

21        Q.    When this accident happened,

22   were you the subject of any discipline

23   or did anything happen to you because

SOUTHERN COURT REPORTING
Case 2:06-cv-00411-WHA-SRW    Document 35-4    Filed 03/06/2007    Page 25 of 27
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1    room or were you out in the paint room?

2         A.    I can't say for sure, but I

3    believe I was with her in the paint

4    station.

5         Q.    So you understood that as the          01:12:44PM

6    car body moved down the line, Anne

7    Marie would be following it?

8         A.    No.

9         Q.    As the car body moved down the

10   line, did Anne Marie, in fact, follow          01:12:58PM

11   it?

12        A.    No.

13        Q.    Did she move away from it?

14        A.    No.

15        Q.    What did she do when she moved     01:13:06PM

16   the tripod from its first position to

17   its next position?

18             MR. CARLSON:    Are you talking

19   about the sequence immediately prior to

20   this accident?                                   01:13:22PM

21        Q.    Yes, immediately before the

22   accident?

23             MR. CARLSON:    That might be

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1      Q.    Okay.  This was before her

2    accident?

3      A.    Yes.

4      Q.    So then she sets up a tripod

5    in the area where a little bit later      01:14:48PM

6    she has her accident?

7      A.    Yes.

8      Q.    And you see her set up the

9    tripod?

10     A.    Yes.                              01:14:58PM

11     Q.    Was there a vehicle there, a

12   car body?

13     A.    Yes.

14     Q.    Was it covering the hole?

15     A.    I don't remember for sure.       01:15:08PM

16     Q.    Did you notice the hole?

17     A.    No.

18     Q.    If you had noticed the hole,

19   would you have pointed it out to her?

20     A.    Yes.                             01:15:16PM

21     Q.    So she sets up the tripod, and

22   then you leave her alone in the paint

23   room?

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA 35226
(205) 978-2310 southerncourtreporting@charter.net

1          A.    Yes.

2          Q.    You start the car moving?

3          A.    Yes.

4          Q.    And did you see her then move

5    the tripod to a second position?                    01:15:30PM

6          A.    No.

7          Q.    Okay.   So the next you knew,

8    there was no more Anne Marie?

9          A.    Yes.

10         Q.    Did you have an understanding       01:15:40PM

11   that she would be moving the tripod

12   from time to time?

13         A.    No.

14         Q.    No.   Do you know if there was

15   any investigation by Durr as to how          01:16:00PM

16   this accident happened?

17         A.    Yes.

18         Q.    Okay.   And who conducted that

19   investigation?

20         A.    I don't understand.              01:16:16PM

21         Q.    Okay.   Tell me -- tell me

22   about the investigation.

23         A.    First, this report