**Hunter v. Durr**

**06 - CV - 00411**

—

# Exhibit D

**to Plaintiff's Suggestions in Opposition
to Defendant's Motion for Summary Judgment**

—

**Excerpts from Deposition of Anne Marie Hunter
taken on October 5, 2006**

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA 35226
(205) 978-2310 southerncourtreporting@charter.net

1   or my own gear?

2        Q.    Well, inside the paint, the

3   robotic paint booth where you're taking

4   these shots, what kind of equipment did

5   you have with you that you were using          09:40:36AM

6   in there while shooting the shoots?

7        A.    My camera gear?

8        Q.    Yes.

9        A.    I had my camera bag, my camera

10  with my 70 to 210 lens on it and a

11  flash, an extra battery pack, my film

12  bag, and my tripod.

13       Q.    Were you shooting digital or

14  film?

15       A.    Film.                               09:41:04AM

16       Q.    And what kind of camera were

17  you using?

18       A.    A Canon EOS-1N.

19       Q.    And then you said you had a

20  special 70 by 210?                             09:41:12AM

21       A.    Seventy to 210 2.8 lens.

22       Q.    What is that, like a telephoto

23  lens?

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1        A.    Uh-huh, yes.

2        Q.    And then you have an extra

3   battery pack?

4        A.    Uh-huh.

5        Q.    And you've got a bag?                    09:41:22AM

6        A.    My camera bag with my other

7   lenses, another body, batteries,

8   filters, just a lot of other equipment

9   that I use.

10        Q.    Now, with the camera and the           09:41:34AM

11   bag, the extra batteries, the extra

12   lenses and the 70-210 lens, what does

13   that equipment weigh?

14        A.    I think 35 pounds.

15        Q.    Okay.  Now, what would the             09:41:50AM

16   weight be of your tripod?

17        A.    Well, the camera was on it

18   when I went in there.  So do you mean

19   the tripod by itself or --

20        Q.    Yes, ma'am, approximately?             09:42:12AM

21        A.    I think it might be seven

22   pounds.

23        Q.    Okay.  So when you go into the

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA 35226
(205)978-2310 southerncourtreporting@charter.net

1  times in these plants, you have to like

2  wear industry clothes, to put on

3  booties and a hat, but I didn't in this

4  case, but lots of times you do.

5       Q.    But on this occasion, you                09:44:00AM

6  didn't have to do that?

7       A.    Uh-uh.

8       Q.    No?

9       A.    Correct, no.

10      Q.    All right. You go in, and               09:44:06AM

11 what do you do?

12      A.    I have my camera bag, my film

13 bag, and my camera on my tripod, and

14 I'm watching the car bodies. There's

15 one in front of me, one ahead of me,                09:44:24AM

16 and then there's car bodies that come

17 up behind me. And I start -- I start

18 watching to see if the robots are ready

19 to start painting, I watch the sensors

20 and I start walking with my tripod                  09:44:40AM

21 and -- do you want to know what happens

22 after that? I mean, are you asking me

23 to tell me what happened with my

57

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1    accident yet?

2        Q.    No, I'm just asking you what

3    you did first.

4        A.    The first thing I did was to

5    walk in and scope things out.                    09:44:52AM

6        Q.    Let me stop there, and we'll

7    take it in small bites.  When you go in

8    to scope it out, is anything moving?

9        A.    No.

10       Q.    Okay.  But you've got some car     09:45:00AM

11   bodies in there?

12       A.    Yes.

13       Q.    And then you said something

14   about watching the robots?

15       A.    Right.                               09:45:06AM

16       Q.    Are the robots moving?

17       A.    No.

18       Q.    So what is it that you're

19   trying to do, with nothing moving, in

20   order to determine what kind of shots     09:45:16AM

21   you want to make?

22       A.    I'm seeing if I want my --

23   what my lens is that I need, can I

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1      Q.    Okay.

2      A.    Also because I use a really

3   fast speed of film and my shutter speed

4   doesn't have to be that long, and

5   because I've done this for so long, and        09:51:18AM

6   this is what I do, and I make good

7   pictures like this, really good, not

8   extreme photography but --

9      Q.    All right.  Let's work off of

10  Defendant's Exhibit 2.  Did you shoot           09:51:30AM

11  more than one direction in the robot

12  paint booth on this occasion where the

13  accident occurred?

14     A.    Yes.

15     Q.    Did you get at one end and set        09:51:48AM

16  up and shoot --

17     A.    No, I --

18     Q.    -- and then go to the other,

19  how did it work?

20     A.    When I first came in, I               09:51:56AM

21  stopped right there, and I turned

22  around and got these feathers and some

23  shots going back down the line from

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1    behind me.  And then I waited for the

2    body in front of me to start moving and

3    then there was another body in front

4    for when the robot started to paint,

5    and then I started to walk forward.          09:52:14AM

6         Q.   Okay.  And is that when your

7    accident happened?

8         A.   Uh-huh.

9         Q.   Yes?

10        A.   Yes.                                09:52:20AM

11        Q.   Okay.

12        A.   Sorry.

13        Q.   Can you see in Defendant's

14   Exhibit 2 where you started before you

15   followed the car?                            09:52:28AM

16        A.   I'm pretty sure that it's

17   right -- like the exit door is right

18   here (indicating) after the emu

19   feathers.

20        Q.   And that's where you came in?      09:52:40AM

21        A.   Uh-huh, enters and exits,

22   right.

23             MR. CARLSON:  Have you got a

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

```
1        Q.    All right.  Then you said at
2    that point there are cars behind you?
3        A.    Right.
4        Q.    And is that as you're looking
5    at these emu feathers?                              09:59:30AM
6        A.    Yes.
7        Q.    Okay.
8        A.    But the car was not moving
9    yet.
10       Q.    Good.                                      09:59:34AM
11       A.    I've been hit by a car before.
12   I've been hit by a robot before.
13       Q.    All right.  Tell me what you
14   do next.
15       A.    Christian says the bodies are              09:59:44AM
16   going to be coming, I need to go
17   outside.  I said that I will go
18   forward, and after I did emu feathers,
19   he went out, and I walked forward to
20   start the body, and then a body came              09:59:56AM
21   up --
22       Q.    Wait, wait, wait.  You walked
23   forward, you walked forward and did
```

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1  what?

2      A.     Nothing.  I moved away, a body

3  was coming up.

4      Q.     Okay.

5      A.     Christian said --                          10:00:06AM

6      Q.     As you look at Defendant's

7  Exhibit 4 in the bottom --

8      A.     Yes.

9      Q.     -- would that car that we see

10  be coming towards you?                               10:00:12AM

11      A.     No, that's going away from me.

12      Q.     It's one from behind you

13  that's coming up?

14      A.     Correct.

15      Q.     Got you.                                  10:00:16AM

16      A.     So Christian said that they're

17  coming, so I stepped aside to let it

18  go.  And then he said, Are you ready?

19  He left to go operate the computer

20  outside.  I got back on here, started    10:00:26AM

21  walking.  The first body was here

22  getting ready to get painted, and I

23  went up to there to set up.

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA 35226
(205)978-2310 southerncourtreporting@charter.net

1      Q.    Let me just -- I know this is

2   kind of tedious, but for me to

3   understand what you're talking about

4   and so the record makes sense, I just

5   want to go back over it a little bit          10:00:44AM

6   and see if I've got the sequence

7   correct, okay?

8      A.    Okay.

9      Q.    You and Christian go into the

10   robotic paint booth, and he shows you        10:00:50AM

11   where the emu feathers are?

12      A.    Uh-huh.  He just wanted to

13   point out that was something new

14   that -- particular to this plant that

15   no one else had done before.                 10:01:02AM

16      Q.    All right.  And then because

17   you learned it was new, did you decide

18   maybe I ought to take a picture of

19   those?

20      A.    Yes.                                 10:01:10AM

21      Q.    And you take that picture as

22   you're facing in the bottom of

23   Defendant's Exhibit 4, and then he

74

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1    at the time -- I might have moved two

2    or three times, but the time that I

3    picked it up and my foot slipped, I put

4    it down.  As I was putting it down, my

5    foot slipped and I looked down, and I            10:05:30AM

6    was headed down.  And if it wasn't for

7    my tripod hooked up over here, I would

8    have fallen through that hole.

9         Q.    Okay.  Do you think you set up

10   your tripod one, two, or three times           10:05:42AM

11   before this accident occurred?

12        A.    I don't know.  Maybe a couple,

13   maybe three.

14        Q.    Okay.  And in each of those

15   settings, with the exception of the             10:05:54AM

16   last, did you take pictures from the

17   tripod?

18        A.    Yes.

19        Q.    And on the third time --

20        A.    Or maybe the fourth.                  10:06:02AM

21        Q.    Okay.  Anyway, on the last

22   one --

23        A.    It was at the most that

81

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205) 978-2310 southerncourtreporting@charter.net

1  probably.

2      Q.    On the last one, do you get

3  your tripod established and firmly set?

4      A.    No.  I am setting it down

5  trying to get it locked into the sides          10:06:14AM

6  and my foot slips.  And as my foot

7  slips, my tripod locks down onto the

8  sides, and that is what I used to pull

9  myself up so I wouldn't go through that

10  hole.                                           10:06:30AM

11     Q.    Okay.  At the time that you

12  set your tripod up in front of that

13  hole, how far was the tripod from the

14  hole?

15     A.    I don't think we can say that        10:06:42AM

16  I set it up.  I was in the process of

17  setting it up.

18     Q.    And where you were setting it

19  up?

20     A.    And the hole is here and the        10:06:48AM

21  tripod would have, once again, gone

22  here on those rails for stabilizing it

23  (indicating).

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1        Q.    But what I'm asking is this:

2   As you were trying to set up the tripod

3   in front of this hole, about how far

4   was your tripod from the hole?

5        A.    It straddled it probably.                10:07:06AM

6        Q.    Straddled the hole?

7        A.    Probably, yeah, because I

8   didn't see it.

9        Q.    Okay.

10       A.    So I'm walking with all my              10:07:14AM

11  gear and getting ready, okay, I want

12  this shot, set my tripod down, take a

13  step, my tripod locks down or sets down

14  on these (indicating), my foot slips.

15  I look down, and there's death,               10:07:28AM

16  seriously.

17       Q.    What did your foot slip on?

18       A.    It slipped into the hole.  I'm

19  walking on this (indicating), and my

20  foot slips into the hole.                     10:07:42AM

21       Q.    Okay.  While you're setting up

22  your tripod?

23       A.    While I'm carrying my tripod,

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1  thinking that I'm going to set it down

2  in a second, and I'm setting it down,

3  and my foot goes into the hole.

4      Q.   Okay.

5      A.   Because my tripod is further          10:07:56AM

6  extended out than the hole.

7      Q.   Right.  It's my understanding

8  that in this robotic paint booth that

9  if you were to step off the side of

10  that center aisle --                          10:08:08AM

11     A.   Uh-huh.

12     Q.   -- going down through what you

13  see in Defendant's Exhibit 4, there's

14  about two-foot drop-off on either side?

15     A.   I don't think it's two feet.          10:08:16AM

16     Q.   How much do you think it is?

17     A.   A foot.

18     Q.   Okay.  Would it be fair to say

19  whatever that drop-off is, it does drop

20  off both sides of the area you're             10:08:24AM

21  walking on at the time of this

22  accident?

23     A.   Can you ask that again,

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1   please?

2       Q.    Sure.   I'm not trying to trick

3   you but it's --

4       A.    I normally walk here.   I don't

5   walk over here (indicating).                    10:08:36AM

6       Q.    Right.   And when you say

7   you're walking here, you're walking on

8   the grates where you've shown the

9   tripod straddling in Defendant's

10  Exhibit 4?                                       10:08:46AM

11      A.    Right.

12      Q.    Okay.   Here's all I'm asking:

13  Would it be fair to say on either side

14  of that area that you were walking on,

15  it dropped off at least a foot?                  10:08:54AM

16      A.    Yes.

17      Q.    On both sides?

18      A.    Yes.

19      Q.    Okay.   All I'm trying to

20  establish is it's not a level floor,             10:09:00AM

21  you're walking up on kind of a catwalk?

22      A.    I think catwalks are defined

23  much higher.   I wouldn't say that.

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1    I've been on catwalks.  That's just a

2    floor for the bodies to pass on.  Yeah,

3    I mean, if you call a foot drop-off a

4    catwalk, but I wouldn't call it that.

5         Q.    I understand that, but I'm          10:09:16AM

6    just trying to say it does elevate --

7    it's elevated in that area, a foot on

8    both sides?

9         A.    Okay.  Yes.

10        Q.    Okay.  Now, when you're          10:09:24AM

11   setting down your tripod that last

12   time, it sounds to me, and you correct

13   me if I'm wrong, that the legs of the

14   tripod are overreaching and going

15   outside the confines of what I call the   10:09:42AM

16   catwalk?

17        A.    No.

18        Q.    Or were you able to get the

19   legs of the tripod on the outer edges

20   of that catwalk?                           10:09:52AM

21        A.    They were right here

22   (indicating).

23        Q.    Just like you've drawn it?

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1    A.    Uh-huh.

2    Q.    Only further down?

3    A.    Uh-huh.

4    Q.    Yes?

5    A.    Yes.                                      10:10:00AM

6    Q.    Okay.  And just so I

7  understand, when you stepped in the

8  hole, you were in the process of

9  putting your tripod in place --

10    A.    Yes.                                     10:10:10AM

11    Q.    -- to take these pictures?

12    A.    Yes.

13    Q.    And when you put your foot in

14  the hole, were the legs of the tripod

15  in contact with the floor?                       10:10:16AM

16    A.    It probably happened

17  simultaneously.

18    Q.    Simultaneously.  Now, at that

19  point in time, how far is the car that

20  you're photographing in front of you,            10:10:26AM

21  how far away is it?

22    A.    Ten feet maybe.

23    Q.    Okay.  And that's from your

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1  tripod to the rear end of the car?

2      A.    Yeah.

3      Q.    Okay.  Was there anything

4  obstructing your view of the hole in

5  the floor at the time you were setting          10:10:46AM

6  this tripod up and you stepped in the

7  hole?

8      A.    No.  I wasn't looking for a

9  hole in the floor, so I wouldn't have

10 seen it.                                         10:10:56AM

11     Q.    Okay.  But what I'm asking,

12 there wasn't anything between you and

13 that car that would have kept you from

14 seeing that hole, is there?

15     A.    At the point of -- yes, my         10:11:02AM

16 gear probably.

17     Q.    What gear?

18     A.    My camera bag, my tripod, my

19 camera, my film bag were all around me,

20 and so I would have expected the floor         10:11:16AM

21 to be there.

22     Q.    I'm not asking what you

23 expect.  I'm asking you, was there

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA 35226
(205) 978-2310 southerncourtreporting@charter.net

1  anything blocking your visual view of

2  the floor area where that grate was

3  missing?

4       A.    I wasn't looking at the floor.

5       Q.    All I'm asking you, was there          10:11:42AM

6  anything blocking your view of that

7  hole at that time?

8       A.    My camera and tripod take up

9  this much space in front of me

10 (indicating), and I needed -- I was          10:11:56AM

11 concentrating on the robots painting

12 and the shot I wanted to get.  So in

13 essence, yes, the answer is yes, I was

14 looking at something other than the

15 floor.                                         10:12:08AM

16      Q.    Well, I understand you were

17 looking at something other than the

18 floor.  Was there anything to prevent

19 you from looking at the floor where

20 that hole was?                                  10:12:16AM

21      A.    Yes.  If I had looked down, I

22 would have not seen.  I think my camera

23 and bag and everything would have

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA 35226
(205)978-2310 southerncourtreporting@charter.net

1      Q.    Okay.

2      A.    Because it wasn't -- I mean,

3   it wasn't a long time I was in there

4   before that happened.

5      Q.    Uh-huh.  And how many grates        10:15:24AM

6   were gone in the floor, as you

7   remember?

8      A.    Two.

9      Q.    At the time you actually

10  stepped your foot in that hole in the     10:15:50AM

11  floor, are you looking at the robots?

12     A.    Yes.

13     Q.    Was there anything in

14  particular that you were looking for

15  when you did that?                         10:16:02AM

16     A.    I look for a lot of things

17  when I'm shooting.  I look for light, I

18  look for color, shape.  I also watch to

19  make sure the robots are not doing

20  something erratic, because they can in     10:16:22AM

21  a startup of a plant.  They always can.

22  I mean, that could be even during when

23  the plant could be going for cars and

SOUTHERN COURT REPORTING
1600 WOODMERE DRIVE, SUITE A, BIRMINGHAM, ALABAMA  35226
(205)978-2310 southerncourtreporting@charter.net

1    the robot can -- it's run by computer,

2    they're not perfect.  You really have

3    to watch for them, what they're doing,

4    not spinning around spraying you or --

5    so I was watching for the kind of shots          10:16:40AM

6    I wanted to make.

7        Q.    Okay.  And at the last time

8    you're setting up the tripod and at the

9    time you step in this hole, is the car

10   in front of you moving away?                      10:16:54AM

11       A.    Yes.

12       Q.    So it's still moving?

13       A.    Yes.

14       Q.    And if it's moving, you have

15   to get your tripod set up fairly                  10:17:06AM

16   quickly to get those shots or you miss

17   those shots?

18       A.    I have to work efficiently,

19   but I don't work too speedily because

20   it doesn't make good pictures.  Even              10:17:20AM

21   though the situations are always in

22   this kind of photography that, you

23   know, there is just this much time to