Hunter v. Durr
06 - CV - 00411

—

# Exhibit F

to Plaintiff's Suggestions in Opposition
to Defendant's Motion for Summary Judgment

—

Durr's Supervisor's Incident Report

## Supervisor's Incident Investigation Report

**Report Status**
Preliminary ☐
Final ☐

### General Information

| | |
|---|---|
| Incident Date: | JANUARY 27, 2005    Time: |
| Area / Column Location: | |
| ~~Employee~~ Name: | MS. ANNE MARIE HUNTER |
| Employee SSN: | 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    DOB: 11-30-59 |
| Job Class: | Journeyman  Appr. A  B  C — N/A |
| Foreman: | — N/A |
| Department: | N/A |
| Witness: | CHRISTIAN RATHSACK, DURR APT |
| Where was treatment given: | Concentra or (other) BAPTIST HEALTH ER |
| Job # and product ~~employee~~ CLAIMANT was working on: | PHOTOGRAPHING BC |
| When did ~~employee~~ CLAIMANT return to work: | STILL OFF WORK |
| Number of days missed: | TARGET RTW 6/1/05 |

### Type(s) of Incident

Injury:
- Fatality ☐
- Lost time ☒
- Medical Aid ☐
- First Aid ☐
- Near Miss ☐

### Type of Damage / Cost of Damage

- Fire ☐
- Property ☐
- Equipment ☐
- Business ☐
- Security ☐
- Near Miss ☐
- Spills ☐

### Events leading up to and description of incident (include description of damage & losses)
(What, Where, Why, Who, How)

SEE ATTACHED

### Cause Analysis, Direct & Underlying

**Unsafe Practices:** WORKING OR ALLOWED TO WORK IN AREA WITH MISSING GRATING

**Unsafe Conditions:** EXPOSURE TO A FALL HAZARD AND/OR TRIP HAZARD TO OTHER ELEVATION

**Contributing Factors:** FAILURE TO INSPECT AREA OR HAVE AREA INSPECTED TO ASSURE FREE OF FLOOR OPENINGS

### Evaluation of Risk

| Loss Severity Potential: | | Probable Recurrence: | |
|---|---|---|---|
| Major: | ☒ | Frequent: | ☐ |
| Serious: | ☐ | Occasional: | ☐ |
| Minor: | ☐ | Rare: | ☒ |

## Supervisor's Incident Investigation Report

### Preventive Action

**Interim:** What interim action has / will be taken to prevent recurrence?

- ALL VISITORS/VENDORS TO SITE WILL BE ESCORTED AND NOT LEFT UNATTENDED.
- WHEN ENTERING A HAZARDOUS AREA AREA, EVALUATE AREA FOR HAZARDS CONDUCT A SAFETY TASK ANALYSIS

**Final:** What final corrective action has / will be taken to prevent recurrence?

- ALL VISITORS/VENDORS ON SITE TO BE ESCORTED AND NOT BE LEFT UNATTENDED
- SAFETY TASK ANALYSIS TO BE COMPLETED AND REVIEWED WITH ALL PERSONNEL (EMPLOYEES, VISITORS, VENDORS) WHEN A HAZARDOUS AREA IS TO BE ACCESSED

Responsible party for follow-up: _____  Expected completion date: _____

Follow-up verified by: _____  Actual completion date: _____

### Injury Information

Describe the nature of the injury, treatment, medications, follow-up-care, etc.

CONTUSIONS TO RIGHT SIDE OF HER BODY. FURTHER MEDICAL EVALUATION IDENTIFIED FRACTURE TO RIGHT WRIST

### Management Control

What management work is possible to prevent losses of this type?

- PROPER ESCORTING OF PERSONNEL
- IMMEDIATE CORRECTIVE ACTION OF MATERIAL NOT PROPERLY FITTING

### Report Validation & Evaluation

Will a comprehensive report follow? (yes or no)

Investigating Supervisor _____  Signature _____  Date _____

Safety Reviewed _____  Signature _____  Date _____

HMMA New Paint Shop Project 1580                                    Updated January 9, 2003

Durr / Hunter
0387