**In the United States District Court for the
Middle District of Alabama
at Montgomery**

| | | |
|---|---|---|
| Anne Marie Hunter | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:06-CV-00411-WHA-SRW |
| | ) | |
| Dürr Systems, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

**Notice Concerning Settlement Conference and Mediation**

COMES NOW Plaintiff, by counsel, and states to the Court as follows:

1.    On March 23, 2007, Plaintiff's counsel and Defendant's counsel participated in a settlement conference in an effort to resolve the case.

2.    Settlement was not reached.

3.    The parties believe that mediation will assist them in resolving this case short of trial.

HANKINS & CONKLIN, P.C.

/s/ Thomas E. Hankins
Thomas E. Hankins
6812 North Oak Trafficway, Suite 5
Gladstone, Missouri 64118-2587
Telephone: (816) 436-3100
Fax No. (816) 436-8643
E-Mail: tomhankinslaw@cs.com

**Attorneys for Plaintiff**

**Certificate of Service**

      I hereby certify that on March 26, 2007, I electronically filed the foregoing document with the Clerk of the United States District Court for the Middle District of Alabama using the CM/ECF system, which sent notification of such filing to the following:

Mr. James B. Carlson
Sirote & Permutt, P.C.
2311 Highland Avenue South
P.O. Box 55727
Birmingham, Alabama    35255-5727
Jcarlson@Sirote.com

      /s/   Thomas E. Hankins
      Thomas E. Hankins
      Attorney for Plaintiff