IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANNE MARIE HUNTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv411-WHA |
| ) | |
| DURR SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Having been advised by the parties that a settlement agreement was reached through mediation, it is hereby ORDERED

1. The pretrial hearing scheduled for May 30, 2007 at 10:00 a.m. is CANCELLED.

2. The parties are directed to file a Stipulation of Dismissal **on or before July 2, 2007**.

Done this 18th day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE