IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ANNE MARIE HUNTER,<br><br>    Plaintiff,<br><br>v.<br><br>DURR SYSTEMS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) CASE NO. 2:06-cv-0411-SRW<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

COME NOW all parties of record by and through their undersigned attorneys and stipulate that this action and all claims herein are due to be dismissed with prejudice, with each party to bear their own costs.

Dated: June 22, 2007

| | |
|---|---|
| s/Thomas E. Hankins<br>Thomas E. Hankins<br>Hankins & Conklin, P.C.<br>6812 North Oak Trafficway<br>Suite 5<br>Gladstone, MO 64118<br>Telephone: (816) 436-3100<br>Facsimile: (816) 436-8643<br>E-mail: tomhankinslaw@cs.com<br>Attorney for Plaintiff<br>Anne Marie Hunter | s/James B. Carlson<br>James B. Carlson<br>Christopher A. Bottcher<br>Sirote & Permutt, P.C.<br>2311 Highland Avenue South<br>Post Office Box 55727<br>Birmingham, AL 35255-5727<br>Tel.: (205) 930-5100<br>Fax: (205) 930-5335<br>E-mail: jcarlson@sirote.com<br>E-mail: cbottcher@sirote.com<br>Attorneys for Defendant<br>Durr Systems, Inc. |