IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANNE MARIE HUNTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv411-WHA |
| ) | |
| DURR SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the Stipulation of Dismissal (Doc. #43), filed by the parties on June 22, 2007, and for good cause shown, it is hereby

ORDERED that this case is DISMISSED with prejudice, the parties to bear their own costs.

DONE this 26th day of June, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE