IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
AT MONTGOMERY

| | |
|---|---|
| ANNE MARIE HUNTER, | } |
| Plaintiff, | } |
| v. | } |
| | } CASE NO. 2:06CV411-SRW |
| DURR SYSTEMS, INC., | } |
| Defendant. | } |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned respectfully moves this Court to allow her to withdraw as counsel of record for Defendant Durr Systems, Inc. and shows unto the Court as follows:

1. The undersigned is no longer employed with Sirote & Permutt, P.C.

2. Defendant Durr Systems, Inc. will continue to be represented in this matter by James Carlson with Sirote & Permutt, P.C.

WHEREFORE, the above premises considered, the undersigned respectfully requests that this Court enter its order granting her Motion to Withdraw as Counsel.

s/ Kimberly T. Thomason
Kimberly T. Thomason (THO186)
Counsel for Defendant Durr

**Of Counsel:**

PRITCHETT LAW FIRM LLC
2001 Park Place North
Suite 810
Birmingham, Alabama 25203
Phone: (205) 583-9090

**MOTION GRANTED**

SO ORDERED
THIS 27th DAY OF June, 2007

UNITED STATES DISTRICT JUDGE